**TRUIST**

**Commercial Card Client Acceptance Form**

**Organization**

| | | |
|---|---|---|
| Organization Legal Name:     SERVEDARK INC | | |
| Doing Business As (DBA), if any:    Servedark Racing | | |
| Organization is duly organized and existing under the laws of:    WYOMING | | |
| Physical Address:    19728 SAUMS RD | | |
| City:   HOUSTON | State: TX | Zip Code:  77084-4734 |
| Tax Identification Number: ███████ | | |

**Authorized Officer (This information will be used for any required Notices.)**

| | | |
|---|---|---|
| Name:    Sebastian Robles | | |
| Title:     CEO | | |
| Mailing Address:     19728 Saums Road Suite 184 | | |
| City:   Houston | State: TX | Zip Code:  77084-4734 |
| Telephone Number:   (281) 330-3631 | | |
| Email Address:    srobles@servelite.com | | |

Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them within the Commercial Card Agreement.

The undersigned Organization, through its Authorized Officer by his or her signature below, hereby: (a) agrees to be bound by this Commercial Card Client Acceptance Form, the Commercial Card Terms and Conditions (the "Terms"), the Commercial Card Incentive Addendum, the Commercial Card Attestation, and all other schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, and addenda thereto (each such document is hereby incorporated by reference and, collectively, shall be referred to as the "Agreement"); (b) agrees that this Commercial Card Client Acceptance Form and all attached other schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, and addenda replace and supersede previous versions of the same; (c) requests that Truist provide the Organization with the Product Types and associated Technology Solutions indicated below; (d) designates the below individual(s) as Program Administrator(s) for the Organization's Card Program; and (e) selects the following options for its Card Program:

Commercial Card Incentive Addendum Attached  ☑           Commercial Card Terms and Conditions Addendum Attached  ☑

**Organization's Total Credit Card Limit** _____ $550,000.00 _____

Bank may modify the Organization's Total Credit Card Limit at any time in its sole discretion.

**Selected Product Types:**

| | | |
|---|---|---|
| ☐ Truist Purchasing Card | ☐ Truist Corporate Card | ☑ Truist One Card |
| ☐ Truist Executive Card | ☐ Truist Central Travel Account | ☐ Truist Preferred One Card |
| ☐ Truist ePayables | ☐ Truist Fleet Card | ☐ Truist Virtual Card for Travel |

G2024091020004

2378



**Exhibit 8**

## Billing

Statements for all selected products will be billed to the Organization, unless otherwise specified below; the Organization remains liable for payment of all statement amounts, even if individual billing statements are sent directly to Cardholders.

### Corporate & Executive Card Billing Only

N/A

## Billing Cycle and Grace Period

All Product Types will have a monthly billing cycle with payment in full due within 25 days of the statement date, unless otherwise specified below:

### Truist Purchasing Card Billing Cycle/Grace Period

N/A

### Truist ePayables Billing Cycle/Grace Period

N/A

## Cash Advances

The ability to make a Cash Advance is only available on Physical Cards. The availability of this feature is always subject to Bank approval and Bank may adjust this from time to time at its sole discretion.

If "Permitted" is selected below, Bank may offer Cash Advance capabilities to the Organization (and its Affiliates). If applicable, the Bank will determine the Total Cash Advance Limit applicable to the aggregate of Physical Cards across the Organization's Card Program. Organization hereby agrees and acknowledges that, within the Total Cash Advance Limit, the Program Administrator may determine the Cash Advance Limits for each individual Cardholder or Physical Card account

Not Permitted

## Affiliates

Organization hereby requests that the following Affiliates receive services under the Agreement. Bank, in its sole discretion, retains the right to determine whether an Affiliate may receive services under the Agreement and Bank may adjust this determination from time to time (at its sole discretion). By naming an Affiliate below, Organization hereby agrees and acknowledges that a Program Administrator may determine and manage the Product Types and other Card Program-related services an Affiliate receives.

| Affiliate Name | Relationship to Organization |
|---|---|
|  |  |

## Card Mailing

Organization's Program Administrator(s) will securely provide to Bank certain personally identifiable information for each Cardholder. Bank may request information like the Cardholder's full name, address, DOB, SSN. If "Cardholder" is selected below, Bank will mail an individual Card to each identified Cardholder; if "Organization" is selected, Bank will mail all of the Cardholder cards to the attention of the individual and address designated below.

Cardholder ☐    Organization ☑

| Name: | Sebastian Robles | |
|---|---|---|
| Title: | CEO | |
| Mailing Address: | 19728 Sau ms Road Suite 184 | |
| City: Houston | State: TX | Zip Code: 77804-4734 |

**Exhibit 8**

Program Administrator(s)

Organization designates the following individual(s) as Program Administrator(s) for Organization's Card Program. Organization acknowledges that the scope and powers of a Program Administrator within the Card Program are very broad, as is outlined in detail within the Terms. Changes to Program Administrators can only be made by an Authorized Officer in writing.

| Name: | Sebastian Robles | | | | |
|---|---|---|---|---|---|
| Title: | CEO | | | | |
| Affiliate (if any): | | | | | |
| Street Address: | 20813 Park Row | | | | |
| City: | Katy | | State: | TX | Zip Code: 77449-0000 |
| Email Address: | srobles@servelite.com | | | | |
| Primary Telephone Number: | (281) 330-3631 | | | | |

SIGNATURES

ORGANIZATION

By signing as an Authorized Officer below, I hereby attest that I have the intention and requisite authority to bind the Organization to the Agreement.

| Signature of Authorized Officer: | |
|---|---|
| Name of Authorized Officer (please print): | Sebastian Robles |
| Title: | CEO |
| Date: | 9/10/24 |

TRUIST BANK

By signing as an Authorized Officer below, I hereby attest that I have the intention and requisite authority to bind Truist Bank to the Agreement.

| Signature of Authorized Officer: | Chris Attridge |
|---|---|
| Name of Authorized Officer (please print): | CHRISTOPHER M ATTRIDGE |
| Title: | TREASURY SALES MGR |
| Effective Date (date signed by Truist): | 9/16/2024 |

Exhibit 8

 **TRUIST**

Commercial Card Incentive Addendum

## This form must be accompanied by an executed and dated
## Commercial Card Client Acceptance Form

### Organization

| Organization Legal Name: | SERVEDARK INC |
|---|---|
| Doing Business As (DBA), if any: | Servedark Racing |

Unless otherwise defined, capitalized terms used herein shall have the meaning ascribed to them within the Commercial Card Terms and Conditions (the "Terms").

**The undersigned Organization and Truist Bank, through the respective signatures of their respective Authorized Officers below, hereby agree to the terms described below and expressly incorporate this Commercial Card Incentive Addendum ("Incentive Addendum") into the Agreement. Except as specifically amended by this Incentive Addendum, all other portions of the Agreement shall continue in full force and effect.**

### Incentive Program Overview:

Through use of the Card Program, the Organization can earn incentives and take advantage of either the "Rebates" or "Rewards" (or a combination of both) redemption option(s) as outlined within this Incentive Addendum; as such, for purposes of the Agreement and Card Program, Truist shall use the term "Incentive Program" to describe the collective incentive earn and redemption options applicable to the Organization.

- Notwithstanding anything to the contrary in the Agreement (including this Incentive Addendum), all Rebates, Rewards, and other incentives (e.g., bonus(es), if applicable) are subject to change by Truist immediately and without prior notice to the Organization if an event external to Truist materially increases Truist's cost of providing the Card Program or decreases the revenue Truist receives from the Card Program. Organization hereby agrees and acknowledges that the following illustrative (but not exhaustive) list identifies external events that could materially increase Truist's cost of providing the Card Program or decrease the revenue Truist receives from the Card Program: changes in Network rules; decreases in interchange revenue paid to Truist by Network; changes in federal or state laws, rules or regulations; increases in funding costs due to interest rate changes; deterioration in Organization's financial condition (in Truist's sole reasonable discretion); or if the Organization owes any amounts related to the Card Program that are more than 90 days past due.

- The Incentive Program is void where prohibited by federal, state, or local law.

- Organization is responsible for any fees, taxes, and charges incurred by or imposed upon Organization for all Rebate(s) and Reward(s) paid to Organization or any Cardholder related to the Card Program.

- Truist reserves the right to suspend, restrict, or terminate Organization's (including any and all Authorized User(s) and Cardholder(s) ability to earn or redeem Rewards during any timeframe within which any Card, the Card Program (including any related accounts), or Incentive Program account is or was determined by Truist (in its sole and absolute discretion) not to be in Good Standing.

- Any fraud or abuse by any Cardholder, Authorized User, or the Organization relating in any way to the Incentive Program may result in the forfeiture of accrued Rebate(s), Reward(s), and other incentives; such fraud or abuse may also result in the immediate termination of the Organization's Card Program (including any related accounts).

Exhibit 8

## Commercial Card Performance Incentive Program Redemption Options

☐ **Commercial Card Rebate**

Rebate Period selection :  N/A

Initial Term for Rebate Pricing (from the date the Acceptance Form is executed by Organization): ☐  3 years      ☐  5 years

*See additional sections below for important details, definitions, and calculations applicable to Rebates.*

☑ **Commercial Card Rewards**

Truist only offers "Rewards" as the incentive for Qualifying Purchases made using our Truist Preferred One Card, Truist Corporate Card, Truist One Card, and Truist Executive Card Product Types; any Transaction made using any other Product Type will not earn or be eligible for Rewards.

If the Organization chooses "Rewards" as a redemption option, the Organization will <u>only</u> earn Rewards for those eligible Transactions made using any of our Truist Preferred One Card, Truist Corporate Card, Truist One Card, and Truist Executive Card Product Types.

To the extent the Organization earns a Rebate for Transactions made using the Card Program, Organization will not earn Rewards for those same Transactions; that is, the Organization will not earn both a Reward and a Rebate for the same Transaction.

## Rewards Redemption Options

☑  Organization   Program Administrator designated as Pool Manager:   Sebastian Robles _____

☐  Cardholder   Program Administrator(s) designated as Cardholder Rewards Program Manager:   _____

(<u>Note</u>: At any given time, only one Program Administrator per Organization may be designated, as applicable, as either "Pool Manager" or "Cardholder Rewards Program Manager." Organization may also name a maximum of five (5) Authorized Redeemers.")

*See additional sections below for important details, definitions, and calculations applicable to Rewards.*

2379

**Exhibit 8**

## *Important Details and Definitions applicable to Rewards*

NOTE: The highlights outlined below are a general summary of the important terms related to Truist Commercial Card Rewards. However, the Truist Commercial Card Rewards are governed by the Commercial Card Rewards Terms and Conditions found at [https://rewards.truist.com]. Please review that document in detail prior to execution of this Incentive Addendum.

### Definitions:

**Qualifying Purchase(s)** - refers to purchase Transactions less the following: credit chargebacks, credit losses, delinquency assessments, fees, and charges or other Transactions determined (in Truist's sole reasonable discretion) to be unauthorized. The following items are also expressly not considered by Truist to be Qualifying Purchases: (1) Cash Advances (via ATM or by any other means), (2) Quasi-Cash or Cash-Equivalent items (e.g., wire transfers, cryptocurrency, travelers' checks, money orders, foreign currency, lottery tickets, or gambling chips or wagers), (3) Convenience Checks, (4) Stored Value Cards (e.g., gift cards, prepaid cards, etc.), and (5) the purchase of Rewards incentives.

**Rewards Account(s)** - refers to the account(s) in which either the Organization's Rewards or Cardholder Rewards are maintained for use in accordance with the Agreement.

**Rewards Offerings** - refers to the Rewards offers the Incentive Program permits the Organization or Cardholders to redeem for; these may include cash back, merchandise, gift card, travel, event ticket, and other goods and services options.

**Authorized Redeemer(s)** - refers to individuals who are authorized to redeem Rewards associated with the Organization's Rewards Account(s) via calling into the Rewards Service Center. Each Organization may designate up to five (5) total Authorized Redeemers. All Authorized Redeemers must be designated by the Pool Manager. The Pool Manager is responsible for adding and removing Authorized Redeemers from the Rewards Account on the Rewards Website.

**Organization-level Rewards** - Rewards earned through Cardholder use of the Card(s) and that aggregate across the entire Organization's Qualifying Purchases; these Rewards may only be redeemed by the Organization.

**Rewards Pool Manager (or "Pool Manager")** - the Program Administrator who is designated by an Authorized Officer and is authorized to view and redeem Rewards on behalf of the Organization both online and via calling into the Rewards Service Center.

**Cardholder Rewards** - Rewards earned through Cardholder use of the Card(s) on Qualifying Purchases; these Rewards may be redeemed by the Cardholder.

**Rewards Website** - cardrewards.truist.com

**Rewards Service Center** - refers to the call center which the Organization (via the Pool Manager), Authorized Redeemer(s), or a Cardholder may call to make inquiries related to Organization-level Rewards, Cardholder Rewards, or Rewards Offerings, as applicable.

### Rewards Earn and Who May Redeem

#### Earn

The Organization will earn 1 Reward Point (total) per $1.00 of Qualifying Purchases.

#### *Organization-level Rewards:*

An Authorized Officer of the Organization will designate a Program Administrator as the Rewards Pool Manager for the Organization; there can only be one Rewards Pool Manager per Organization ("Pool Manager"). The Pool Manager will be the primary contact for the Rewards earned by the Organization.

The Pool Manager will be the only individual at the Organization with access to view and redeem Rewards at the Rewards Website on behalf of the Organization. The Pool Manager can receive information regarding the Organization's Rewards Account (including the number of Rewards earned, redeemed, or forfeited, if applicable) either online at the Rewards Website or by calling the Rewards Service Center. The Pool Manager cannot delegate his or her access, roles, permissions, or responsibilities to anyone else. Only an Authorized Officer can change who the designated Pool Manager is for the Organization; this change must be made in writing using a duly executed amendment to the Agreement.

An Authorized Redeemer may call the Rewards Service Center to receive information regarding the Organization's Rewards Account (including the number of Rewards earned, redeemed, or forfeited, if applicable) and redeem Rewards. Authorized Redeemers cannot designate an additional Authorized Redeemer(s).

2379

**Exhibit 8**

*Cardholder Rewards:*

The Organization may decide that individual Cardholders can redeem the Rewards earned through the use of the Card issued to the Cardholder; to access and redeem the Cardholder Rewards associated with the Card issued to the Cardholder, the respective Cardholder must enroll at the Rewards Website or call the Rewards Service Center to establish a Cardholder Rewards Account by linking the Card.

An Authorized Officer of the Organization will designate one Program Administrator who is responsible for receiving Incentive Program-related correspondence and information from Truist and disseminating it, as applicable, to individual Cardholders within the Organization; this Program Administrator is known as the **"Cardholder Rewards Program Manager."** Only an Authorized Officer can change who the designated Cardholder Rewards Program Manager is for the Organization; this change must be made in writing using a duly executed amendment to the Agreement.

Once enrolled, the Cardholder will be the only individual with online access on the Rewards Website to view and redeem Rewards associated with their individual Rewards Account. Please note that the Cardholder Rewards Program Manager will not have access to enrolled Cardholder Rewards accounts or details.

*Abuse of a Reward Account:*

The Organization is affirmatively obligated to immediately inform Truist if the Organization believes or has actual knowledge that any one of the following is/are in any way misusing or abusing a Rewards Account(s): (i) any Program Administrator, (ii) any Authorized Officer, (iii) any Cardholder, (iv), any Authorized Redeemer, or (v) any Authorized User. The Organization must not allow an Authorized User, Authorized Redeemer, or Cardholder to provide or facilitate access to any other person or party regarding a Cardholder Rewards Account.

## Redeeming Rewards for Rewards Offerings

Organization-level Rewards can be redeemed for Rewards Offerings including statement credit, cash back, gift cards, merchandise, Event Tickets, and travel.

Cardholders can redeem Cardholder Rewards for Rewards Offerings including gift cards, merchandise, Event Tickets, and travel. Cardholders cannot redeem Rewards for a statement credit or cash back.

The Organization and Cardholders, as applicable, can redeem Rewards through the Rewards Website or by calling the Rewards Service Center.

In its sole and absolute discretion, Truist reserves the right to modify, cancel, restrict, suspend, or terminate the Rewards Offerings at any time without prior notice.

## Rewards Earning Limitations and Forfeiture

Truist reserves the right to use any Rewards points earned by Organization on Qualifying Purchases to offset past due balances Organization had regarding the Card Program (including any past due balance on an individual Card). Such deduction will be made at a rate of $0.01 per Rewards point.

The Organization's Rewards Account balance will be reduced by: (a) any returns or credits, (b) any Qualifying Purchase which becomes the subject of a chargeback or other dispute unless and until final resolution of the dispute results in a debit to one of the Organization's Card(s), (c) Transactions made with a lost, canceled, stolen, or fraudulent Card, and (d) forfeitures resulting from Card closure. In such event(s), these Transactions will be deemed as negative Rewards and the applicable Rewards Account may, in some cases, reflect a negative Rewards balance. If a Rewards Account is reduced by negative Rewards and there was a prior redemption of a Rewards Offering that the Organization or Cardholder was not entitled to receive, Truist has the right to adjust the Rewards Account balance accordingly.

Exhibit 8

Rewards have no cash value and may only be used to obtain Rewards Offerings as offered by Truist in accordance with the Agreement. Rewards may not be combined with other discounts, special rates, promotions, or other reward programs offered by Truist or any third party, including airline frequent flier, or other travel-related or membership reward charge or credit card programs, unless specifically authorized by Truist. Rewards cannot be transferred, gifted, sold, attached, pledged, or bartered under any circumstance, including disability, death, upon operation of law or in connection with a domestic relations or other legal dispute. Truist may suspend Organization and Cardholder redemption rights of Rewards for any reason, including if there is a dispute between Organization and Truist, or Authorized User(s) and Truist, Cardholder(s) and Truist, or between Organization and any Authorized User with respect to the Card Rewards Program. Truist is not responsible for any disputes Organization may have with the Pool Manager, any Authorized Redeemer(s), any Authorized User, or any Cardholders related to any Rewards Account associated with the Card Rewards Program.

All accrued Rewards (regardless of whether Organization-level Rewards or Cardholder Rewards) will be forfeited if any of the below occur:
(1) either the Organization files for bankruptcy or if bankruptcy proceedings have been filed against the Organization, or
(2) the Organization closes the Card Program and any remaining Rewards have not been redeemed within 60 days after the Card Program is closed; this 60-day period will not apply if, in Truist's sole and absolute discretion, any Card or related account associated with the Card Program is not in Good Standing, or
(3) Truist determines, in its sole and absolute discretion, that the Card Program is not in Good Standing, or
(4) the Organization fails to maintain other Truist relationships in a manner satisfactory to Truist.

If any Rewards Account has a balance less than $5 at the time of any Card or Card Program closure, the Organization understandings that these Rewards are of such nominal value that they will be forfeited and are not redeemable. Neither the Organization nor any Cardholder is entitled to compensation of any kind from Truist (or any other entity) if Truist determines that Rewards are forfeited for any reason.

## Expiration of Rewards

Truist will impose no cap on the amount of Rewards the Organization can earn through use of its Card Program to make Qualifying Purchases; Rewards do not expire.

**Exhibit 8**

SIGNATURES

**ORGANIZATION**

By signing as an Authorized Officer below, I hereby attest that I have the intention and requisite authority to bind the Organization to this Commercial Card Incentive Addendum to the Agreement.

| | |
|---|---|
| Signature of Authorized Officer: | *[signature]* |
| Name of Authorized Officer (please print): | Sebastian Robles |
| Title: | CEO |
| Date: | 9 / 10 / 24 |

**TRUIST BANK**

By signing as an Authorized Officer below, I hereby attest that I have the intention and requisite authority to bind Truist Bank to this Commercial Card Incentive Addendum to the Agreement

| | |
|---|---|
| Signature of Authorized Officer: | *Chris Attridge* |
| Name of Authorized Officer (please print): | CHRISTOPHER M ATTRIDGE |
| Title: | TREASURY SALES MGR |
| Effective Date (date signed by Truist): | 9/16/2024 |

Exhibit 8

# TRUIST ⊞

**Commercial Card Terms and Conditions**

These Commercial Card Terms and Conditions (the "Terms"), the Commercial Card Client Acceptance Form, the Incentive Addendum, the Commercial Card Attestation, and all other schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, and addenda thereto (each such document is hereby incorporated by reference and, collectively, shall be referred to as the "Agreement") govern the establishment and use of Cards and Technology Solutions (together a "Card Program") between the Organization (as identified within the Commercial Card Client Acceptance Form) and Truist Bank ("Truist" or "Bank").

Unless otherwise defined herein, capitalized terms used in these Terms shall have the meaning ascribed to them within the applicable schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, or addenda associated with the Agreement within which the capitalized term is defined.

The Agreement is effective as of the "Effective Date of the Agreement" noted within the initial Commercial Card Client Acceptance Form (which is herein incorporated by reference) executed by the Organization and Truist with respect to the Card Program. The Organization's continued use of the Card Program (in whole or in part) will serve as a reaffirmation of its acceptance and agreement to abide by the Agreement, as the same may be amended from time to time.

## Definitions

"Affiliate" means any legal entity which controls, is controlled by, or is under common control with a Party. For purposes of this definition, "control" means direct or indirect ownership of more than 50% of the voting, economic, or equity interest in an entity.

"Authorized Officer" means a natural person(s) who is designated on the Organization's current Commercial Card Attestation ("Attestation") on file with Truist. Each Authorized Officer has the authority outlined within the Attestation; this authority includes but is not limited to the authority to bind the Organization in contract regarding the Card Program, open and close the Card Program, and designate the Organization's Program Administrator(s). There can be more than one Authorized Officer and an Authorized Officer can be a Program Administrator. Every Authorized Officer is an Authorized User.

"Authorized User" means any natural person who is identified by one of the Organization's Program Administrator(s) and is thereby expressly authorized to use the Card Program (e.g., by using a Card(s), Product Type(s), Technology Solution(s), or otherwise having access to use the Card Program) per the user role(s) or other designation(s) and permission(s) that a Program Administrator designates to him or her; the Program Administrator will inform Truist of the user role(s) or other designation(s) and permission(s) for each Authorized User. Each Authorized Officer, Program Administrator, Authorized Redeemer, and Cardholder is an Authorized User.

"Bank", "Truist", "we", "us", and "our" means Truist Bank, its agents, authorized representatives, successors, and assignees.

"Card" means any form of the following mechanisms issued by the Bank to the Organization (or its Affiliates, Cardholders, Authorized Users, or other agents) pursuant to this Agreement and which is/are used to make Transactions or otherwise access any portion of the credit extended to Organization through the Card Program: credit card, charge card, 16-digit number linked to the Card Program, Virtual Card, or other evolutionary credit device, whether used/delivered by a Technology Solution or otherwise.

"Card Association Network" or "Network" refers to a network of merchants, issuing banks, and acquiring banks that process payment cards in relation to Transactions. Visa USA Inc. ("Visa") and Mastercard International Incorporated ("Mastercard") are examples of established Card Association Networks.

"Card Credit Limit" means the total dollar amount of credit assigned to an individual Card that a Cardholder, Authorized User, or the Organization can access to make Transactions using that Card.

"Cardholder" means any Organization employee or agent who is identified by one of the Organization's Program Administrator(s) and is thereby expressly authorized to use a Card on behalf of the Organization.

A Program Administrator will be deemed the Cardholder for any Virtual Card Transaction. The Organization acknowledges that this definition of a Cardholder is for the purposes of this Agreement and the Card Program; other commercial card services or features not provided by Truist (including the Network Corporate Liability Waiver or travel insurance program(s)) may include different definitions for the word "Cardholder."

"Cash Advance" means a Transaction in which the Organization or a Cardholder uses a Card or the Card Program to obtain cash or things we consider cash-equivalents (e.g., wire transfers, cryptocurrency, travelers' checks, ATM withdrawals, money orders, convenience checks, purchases of currency, lottery tickets, or gambling chips or wagers). Truist does not determine the Merchant Category Codes (MCC) assigned to cash or cash-equivalent transactions; the respective Card Association Networks do.

"Fees" refers to the fees described within the Fee Schedule contained in the Terms (including as any such fees may as otherwise be described (e.g., within an amendment to the Agreement)).

"Good Standing" generally means that a Card or the Card Program is not in default and the Organization is in full compliance with the terms of the Agreement; Truist, using its sole and absolute discretion, determines whether the Card Program, related account, or an individual Card is in Good Standing.

"Organization Credit Limit" means the total dollar amount of credit we assign to the Organization's Card Program for the Organization to access to make Transactions, collectively, across all of Organization's Cards (including all uses of the Card Program).

"Parties" means, collectively, Truist and Organization and their respective successors and permitted assigns. Truist and Organization are each individually referred to as a "Party."

"Physical Card" means a tangible card with a 16-digit number that is linked to the Card Program and that can be physically swiped, inserted into, or tapped against a payment terminal to initiate a Transaction. In certain circumstances, Physical Cards can be used in "Card Not Present" Transactions.

"Program Administrator" means a natural person who is designated by one of the Organization's Authorized Officers and is thereby duly authorized to perform a broad array of administrative functions on behalf of the Organization in accordance with the Agreement. Program Administrators are unequivocally empowered to manage, control, operate, modify, or access the Card Program. There can be more than one Program Administrator. See the *"Scope of Program Administrator Role"* section, below, for additional explanation of the broad powers delegated by the Organization to Program Administrator(s).

"Technology Solution" means a collection of features, software, applications, platforms, and related Commercial Card products and services that Truist offers to support and facilitate the Organization's use of the Card Program. A Technology Solution may, in some cases, be used by the Organization to access the Organization Credit Limit.

"Transaction" means an authorization request, Cash Advance, cash withdrawal, cash-equivalent purchase, deposit, payment transaction, purchase, refund, account inquiry, or other transaction that is or was: (i) initiated using one of Organization's Cards and (ii) processed (or submitted for processing) via a Card Association Network.

"Unauthorized Use" means the use of the Card Program (in any way) by a person who is not the Organization, a Guarantor, or an Authorized User and who does not have actual, implied, or apparent authority for such use, and from which the Organization, Guarantor, or Authorized User received no benefit, directly or indirectly.

"Virtual Card" means a 16-digit number that is linked to an account associated with the Card Program but that can be used in lieu of a Physical Card in relation to "Card Not Present" Transactions. An example of a Virtual Card Transaction is one that leverages Truist's Enterprise Spend Platform ("ESP") to facilitate the payment of a Transaction.

"Product Type" is a general term used to describe the attributes of a given Truist Commercial Card type that Truist offers and that the Organization may use in connection with its Card Program; each Product Type can be used to access the Organization Credit Limit. Examples of the current Product Types Truist offers are:



**Exhibit 8**

- "Truist Purchasing Card" is typically used by Authorized Users for purchasing business-to-business, non-travel related goods and services related to the Organization's business needs. A Purchasing Card can be either a Physical Card or a Virtual Card.

- "Truist Corporate Card" is typically used by Authorized Users for travel and entertainment-related purchases. A Corporate Card can be either a Physical Card or a Virtual Card.

- "Truist Executive Card" is a subset of a Truist Corporate Card that is typically issued to the Organization's executives and provides enhanced insurance coverages, benefits, and features. These coverages, benefits, and features are not guaranteed and Truist, in its sole discretion, may modify or discontinue same without prior notice.

- "Truist One Card" is typically used by Authorized Users for the purchase of business-to-business goods and services as well as travel and entertainment purchases. A Truist One Card can be either a Physical Card or a Virtual Card.

- "Truist Preferred One Card" is a subset of our Truist One Card and provides enhanced insurance coverages, benefits, and features. These coverages, benefits, and features are not guaranteed and Truist, in its sole discretion, may modify or discontinue same without prior notice.

- "Truist Central Travel Account" is a Virtual Card that an Organization typically uses regarding Transactions made with a travel management company and is designed to facilitate the Organization's centralized purchase of airfare and other travel expenses for the Organization's employees and agents. The Organization can also request that Truist establish an associated Truist Central Travel Account to create unique Virtual Cards that can be used to purchase travel-related expenses on behalf of Organization's employees or agents.

- "Truist ePayables" (sometimes also referred to as "payables") are Virtual Cards used by the Organization to pay merchant(s) for business-to-business goods and services based upon, for example, an invoice from a merchant.

- "Truist Fleet Card" is a Physical Card typically used by Cardholders for purchasing fuel and other automotive-related expenses.

## 1. Organization's Representations and Warranties

The Organization represents and warrants that it has the requisite authority under its current governance requirements to execute, deliver, and perform its obligations under this Agreement. The Organization further represents and warrants that it is duly licensed, authorized, or otherwise qualified to do business and is in good standing in every jurisdiction in which such authority is required to fulfill its obligations hereunder. Organization represents and warrants that its execution of and participation under the Agreement will not violate any other agreement between it and any third party. The Organization agrees that any failure of the Organization to fulfill the representations and warranties noted within this section will be deemed a material breach of the Agreement and Truist will have the right to immediately terminate the Agreement.

## 2. Establishment of Card Program by Truist

Once the Organization is approved for a Card Program, Truist agrees to establish and provide Organization with a Card Program subject to the terms and obligations as outlined within the Agreement, as same may be amended from time to time. Generally, the Commercial Card Client Acceptance Form will outline the applicable Organization Credit Limit, Product Types, billing cycles, and the Program Administrator(s) designated by the Organization related to the Card Program. The Incentive Agreement will outline the Rewards, Rebates, and performance-related incentives the Organization may earn through use of the Card Program. The Attestation will identify who the Organization has designated as Authorized Officers. Fees applicable to the Card Program are generally included within the Fee Schedule included within these Terms. As applicable, the Agreement may also include additional schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, and addenda.

## 3. Organization's Use of Card Program

a) Truist agrees to issue Cards to the Organization and Cardholders and establish a Card Program in accordance with the Agreement.

Truist will manage the operation and features of the Card Program pursuant to applicable law, Truist's internal processes and procedures, the rules established by the applicable Network, and the Agreement.

b) The Organization agrees that the Card Program (including each Card and Technology Solution) will be used for authorized business purposes only and may not be used for personal, family, or household purposes. The Organization and its Authorized User(s) may only use the Card Program to make legal Transactions. The Organization must not use, or attempt to use, the Card Program for any illegal activity. Any use of the Card Program for purposes beyond regular business expenses will be a material violation of the Agreement and Truist may immediately terminate the Agreement and Card Program for such use.

c) Truist may decline to authorize any Transaction for any reason. Truist may also reject payment on any convenience check, request for a Cash Advance, or other use of the Card Program (including any Card or Technology Solution). Truist is not liable for any consequences as a result of these actions. Truist is also not responsible for any losses the Organization (or any individual) incurs if anyone refuses to accept the Organization or its Authorized User's attempted use of the Card Program for any reason.

## 4. Organization's Promise to Pay and Credit Limits

a) Organization agrees to pay Truist for all Transactions made using the Card Program, plus any fees, interest charges, balances, and other amounts associated with or due on the Card Program. It is not Truist's responsibility to make sure that the Organization (or its Authorized Users) only use the Card Program for legal Transactions; the Organization is responsible for paying Truist for all Transactions made on the Card Program, regardless of whether they are legal.

b) It is understood by and between the Parties that the use of the Card Program will constitute an extension of credit to Organization by Truist. Truist will establish and advise the Organization of the Organization Credit Limit applicable to the collective use of the Card(s) and Technology Solutions across the entire Card Program. In its sole discretion, Truist may also allow the Organization to set Card Credit Limit controls for each Card, including by Transaction type (e.g., Cash Advances). In its sole discretion, Truist may also assign different credit limits for the different Transaction types or Product Types (or both) that Organization may make using the Card Program.

c) The Organization is responsible for keeping track of all balances and available credit associated with the Card Program. The Organization must manage the Card Program to remain below the Organization Credit Limit and any other credit limit controls imposed on the Card(s), Technology Solutions, or any other means used to access the Organization Credit Limit across the Card Program. Truist will enforce the established Organization Credit Limit regardless of how such limit is allocated between and among the Card Credit Limit(s) of any of the Card(s) or Technology Solutions used under the Card Program.

d) Organization agrees that its obligation hereunder to pay Truist will not be diminished or limited in any way even if an Authorized User exceeds his or her actual, implied, or apparent authority, or if a Card Credit Limit is exceeded, or if the aggregate of all outstanding Transactions, Fees, and other charges related to the Card Program exceeds the Organization Credit Limit. Truist will send the Organization periodic statements in a manner agreed upon by the Parties detailing the amounts which must be paid in full by the Organization and the date(s) on which such amount(s) must be paid.

e) From time to time and without prior notice, Truist may use its sole discretion to either increase or decrease the Organization Credit Limit associated with the Organization's Card Program. Truist may also increase, decrease, restrict, or cancel the Card Credit Limit on any Card, Technology Solution, Product Type, or Transaction type at any time. This will not affect or otherwise diminish Organization's obligation to pay Truist for all amounts due under the Card Program.

## 5. Credit Inquiries and Reporting

The Organization's eligibility for the extension of credit related to the Card Program as well as the Organization's initial rates, fees, and other costs related to the Agreement may vary based upon the Organization's creditworthiness.

Exhibit 8

The Organization hereby authorizes Truist to verify the information and obtain further information concerning the credit standing of the Organization and its representatives, and to exchange credit information with others (including Truist Affiliates) regarding the same. The Organization hereby authorizes Truist to contact any source to verify income, financial standing or asset and liability assessments, and creditworthiness as Truist deems necessary to maintain, review, update, renew, service, evaluate/change the credit limit of, or collect upon the Card Program and other permissible purposes as the law allows. Truist may use organizations such as Dun & Bradstreet, Small Business Financial Exchange (SBFE), Experian, Equifax, TransUnion, or others to make credit-related inquiries. Truist may report information about the Organization or the Organization's use of the Card Program to credit bureaus.

## 6. Scope of Program Administrator Role

a) The Organization understands and agrees that, by designating an individual as a Program Administrator(s), that individual is thereby duly authorized to perform a broad array of administrative functions on behalf of the Organization regarding the Card Program in accordance with the Agreement. Program Administrators are unequivocally empowered to manage, control, operate, modify, or access the Card Program.

b) The Organization understands and agrees that Truist may entirely rely on any instruction, decision, designation of authority, or information related to the Card Program that Truist, in its sole reasonable discretion, believes to originate from a Program Administrator, regardless of whether it actually does. Truist is not responsible if a Program Administrator exceeds the scope of his or her authority in any way. In Truist's absolute discretion, Truist may also require additional security or other validations regarding the actions of a Program Administrator related to the Card Program; however, even if Truist decides to implement any such validation(s), Organization remains entirely liable for the actions of a duly designated Program Administrator(s).

c) Generally, Program Administrator(s) act on behalf of the Organization in connection with the day-to-day operation and administration of the Card Program. A Program Administrator can identify, add, remove, restrict, or otherwise modify Authorized User(s) and their respective roles, access credentials, permissions, designations, authorities, and entitlements as relates to their use of the Card Program. Examples of common (and expected) activities that each and every Program Administrator will make regarding the Card Program include opening, managing, controlling, operating, modifying, and closing individual Cards or access to a Technology Solution(s), including the increasing or decreasing of a Card Credit Limit. Truist may reasonably rely upon the name and contact information that a Program Administrator provides to Truist regarding Authorized Users.

d) Organization understands and agrees that Program Administrators and Authorized Users (with the express approval of or as duly designated that authority by a Program Administrator) can submit a payment request to either Truist or a third party through the Card Program that withdraws or transfers money from a demand deposit account(s) associated with the Organization. All such payment request submissions will be considered an action taken by the Organization and made with the Organization's full awareness and authority.

e) Truist may unequivocally rely upon the authority of each individual identified by the Organization as a Program Administrator until Truist has received and had reasonable time to act upon written notice from the Organization that rescinds or modifies the authority of any such Program Administrator; such written notice must be provided by the Organization to Truist on a duly executed Attestation.

## 7. Authorized Users

a) Truist will issue Cards or other access credentials for use of the Technology Solution(s) related to the Card Program to the Organization's Authorized User(s) as designated by a Program Administrator. Each Authorized User may only use a Card(s), Product Type(s), Technology Solution(s), or the Card Program per the user role(s) or other designation(s) and permission(s) that a Program Administrator designates to him or her and in strict accordance with the Agreement. Using Truist's sole discretion and without prior notice, Truist may also restrict, limit, or terminate the ability of any Authorized User to use the Card Program in any way.

b) To the extent allowed by applicable law, the Organization and Guarantor(s) are liable for all use of the Card Program by each and every Authorized User(s) and anyone else the Organization or an Authorized User allows (directly or indirectly) to use the Card Program in any way. The Organization is responsible for identifying/setting the spending limit requests (i.e., access to the Organization Credit Limit) for each Authorized User and shall communicate the same to Truist.

c) The Organization is responsible for informing Authorized Users of the user role(s) or other designation(s) and permission(s) related to the Card Program that a Program Administrator has designated to him or her; further, the Organization is responsible for monitoring each and every use of the Card Program by each and every Authorized User and ensuring that such use is done in accordance with the Agreement.

d) Truist may require certain information about the Authorized Users identified by the Organization; to the extent allowed by applicable law, Truist may unequivocally rely on the personal and contact information provided by the Organization about each and every Authorized User. Each Cardholder is an Authorized User, but one does not need to be a Cardholder to be an Authorized User.

e) Truist may rely on the existing user role(s) or other designation(s) and permission(s) that a Program Administrator designated to the Authorized User until the Program Administrator provides unequivocal instructions to change those designations/permissions and Truist has had a reasonable amount of time to act on those instructions. Organization authorizes Truist to issue renewal or replacement Cards prior to the expiration of Cards issued to Cardholders without further action on the part of Organization.

## 8. Issuance of Cards and Cancelation of Cards (or access to the Card Program)

a) Subject to Truist's approval, the Organization may request (i.e., through a Program Administrator) that a Card be issued to a potential Cardholder or for an Authorized User to receive access to use the Card Program (e.g., via a Technology Solution). In making such a request, the Program Administrator shall provide sufficient identifying information, as determined in Truist's sole reasonable discretion, and will also identify a requested credit limit and any other proposed restrictions for each potential Authorized User.

b) The Organization hereby represents and warrants that it possesses the requisite authority and permission to provide identifying information for its employees and agents to Truist. Upon Truist's receipt and approval of such a request, Truist will determine whether to issue the Card or other access to the Card Program (and whether additional restrictions can/will be applied). If a Physical Card is issued to a Cardholder, the Card will be sent directly to the Cardholder at the address provided by the Program Administrator unless the Authorized Officer has previously requested that the Card(s) be shipped directly to the Organization. Truist may issue renewal, replacement, or temporary replacement Card or other access credentials for any Authorized User.

c) The Organization agrees and understands that the Organization is solely responsible for notifying Truist of any request to modify, restrict, cancel, or otherwise terminate the use, roles, privileges, permissions, or access credentials of each and every Authorized User, as applicable; the Organization is also responsible for informing the Authorized User regarding any such changes in the Authorized User's ability to use the Card Program. It shall be the Organization's responsibility to destroy a canceled Card or, at Truist's request, return the Card to Truist.

d) Truist may require that each Cardholder establish a personal identification number (PIN) enabling the Cardholder to use the Card at terminals requiring a PIN. Moreover, the Organization will instruct each Authorized User that: (i) at all times, the Authorized User must keep secure all Card(s), Technology Solution(s) access credentials, and PIN(s) associated with the Card Program, (ii) the Authorized User must not disclose to any other person or entity the Card(s), Technology Solution(s) access credentials, and PIN(s) associated with the Card Program, and (iii) the Card(s), Technology Solution(s) access credentials, and PIN(s) associated with the Card Program should be stored separately. The Organization will also instruct each Authorized User that, in the event the Authorized User suspects the confidentiality of a Card, Technology Solution access credential, or PIN has been compromised in any way, the Program Administrator or Authorized User should immediately call the customer service number on the back of the Card.

2380

Exhibit 8

Subject to applicable law, the Organization may be liable for all charges incurred through the Unauthorized Use of a PIN, Card, or Technology Solution.

e) Truist and any merchant or other financial institution may rely upon any individual's access to or possession of a Card as its sole evidence that the individual is authorized to use it and shall have no duty to question the purpose or nature of that use by such individual.

## 9. Emergency Replacement Cards

a) In the event a replacement credit card is required due to the original Card being lost, stolen, or damaged during weekends, holidays, Truist's non-business hours, or in other emergency situations with extenuating circumstances beyond Truist's control, the Organization shall instruct Authorized Users to engage the Program Administrator to request that Truist issue a replacement Card.

b) However, to the extent the Cardholder does not pursue this option, the Cardholder may call the applicable Network to obtain a temporary emergency replacement card. The Organization understands and acknowledges that Network emergency replacement cards are not controlled by the Card Program account controls established between Truist and the Organization pursuant to the Agreement; rather, these replacement cards are controlled in accordance with the standard Network operating procedures in effect at the time of replacement. The Network emergency replacement cards are valid for a limited period of time and the Cardholder must immediately contact Truist to receive a Truist-issued Card that leverages the Organization's Card Program controls. Organization unequivocally agrees to accept all associated liability (including, as applicable, fees assessed by the Network) for use of each and every such emergency replacement card issued by a Network to an Authorized User of the Organization.

## 10. Unassigned Cards

a) "Unassigned Cards" are Cards issued in the name of the Organization only (i.e., without designating a specific individual Cardholder name). Upon the Organization's request, Truist may issue one or more Unassigned Cards related to the Card Program. Notwithstanding anything stated herein to the contrary, the Organization hereby acknowledges that the issuance and use of Unassigned Cards poses substantially increased security and fraud risks. By requesting an Unassigned Card, the Organization expressly acknowledges that Truist strongly advises against the use of Unassigned Cards under any circumstances and the Organization confirms that the Organization understands the risks associated with Unassigned Cards and unequivocally agrees to accept all associated liability for use of each and every such Unassigned Card related to the Card Program. The Organization is entirely responsible for the security and usage of each and every Unassigned Card related to the Card Program. Truist is not liable if any merchant refuses to accept or honor the attempted use of an Unassigned Card by the Organization.

b) If Organization has fewer than ten (10) cards issued to it related to the Card Program, the Organization agrees to immediately discontinue the use of and destroy each and every Unassigned Card; the Organization must immediately notify Truist of the foregoing.

## 11. Cash Advances

a) Cash Advances are an optional Card Program configuration. At the Organization's request and subject to Truist's approval, Truist may assign a portion of the Organization Credit Limit to be available for the Organization to make Cash Advances under the Card Program; this is known as the Cash Advance Credit Limit for the Card Program. Once assigned, the Organization may only make Cash Advance Transactions up to the assigned Cash Advance Credit Limit. Although the Organization may have credit available within the Cash Advance Credit Limit, Truist may choose in its sole discretion not to authorize any attempted Cash Advance Transaction. Cash Advances may be limited to a designated percentage or fixed amount of the Organization Credit Limit or Cardholder Credit Limit, or to an amount otherwise determined by Truist in its sole discretion

b) Truist may at any time and in its sole discretion cancel, revoke, or suspend the Organization's or any Authorized User's ability to obtain Cash Advances; Truist may do so without also canceling the Card or the Card Program. The Cash Advance Credit Limit may be modified by Truist from time to time in its sole discretion, based on a number of risk-based factors.

c) Subject to the Cash Advance Limit, the Program Administrator may request that a Card or Authorized User be enabled to make Cash Advance Transactions (e.g., at a financial institution or via automated teller machine ("ATM")). Transaction records issued by an ATM are solely for the Organization's convenience; in the event of any dispute as to the accuracy of such records, Truist's internal records will be conclusive.

d) Truist does not warrant or represent that all institutions (financial or otherwise) will accept a Card for the purposes of obtaining Cash Advances and Truist shall have no liability in connection therewith. The Organization may also decide to limit or temporarily suspend Cash Advances related to the Card Program in consultation with Truist.

e) Truist is dependent on the MCC codes assigned by the applicable Network when determining whether a Transaction is a Cash Advance; certain Transactions, including peer-to-peer transfers and purchase of quasi-cash items, may also be categorized by the Network using a "Cash Advance" MCC. For each Cash Advance, Organization will be charged a fee as outlined within the Fee Schedule.

## 12. Supplier Enrollment Service, Supplier Payments Made on Behalf of Organization

a) Truist may provide optional supplier enrollment services to Organization whereby Truist will analyze Organization's suppliers to determine which of them may accept payments via a commercial credit card Product Type. Truist will then contact these suppliers on behalf of Organization to help facilitate the merchant's acceptance of Product Types included within the Organization's Card Program. To exercise this optional service, the Organization agrees that it will obtain from the supplier all requisite consents/agreements necessary and will provide to Truist documentation thereof (in a form acceptable to Truist). Additionally, the Organization will provide the supplier's contact information to Truist or Truist's third party partner, if applicable.

b) If the Organization uses this service as part of its Card Program, the Organization hereby agrees that Truist or third party partner may contact the Organization's suppliers by letter, phone, email, or other digital means to provide this service. Truist offers no guarantees that suppliers to will accept Organization's payments via a Card (or other means of using the Card Program) in connection with this service.

c) Truist may also provide optional supplier payment services to Organization as part of the Card Program whereby Truist may initiate, on Organization's behalf and at the Organization's express direction, payments to Organization's suppliers.  Upon Organization's request and Truist's agreement, Organization may route certain mutually agreed upon supplier payment instructions to Truist via Truist's specified contact method. Upon receipt, Truist, or Truist's third party partner, if applicable, will initiate payments on behalf of and at the express direction of the Organization via the supplier's preferred payment channel.  Truist agrees to process these payments in a commercially reasonable and timely manner, but shall not be responsible for any supplier's failure to accept or decision to decline the payment or for discrepancies or errors related to these payments.

d) Use of these services in connection with the Card Program is not guaranteed and Truist may impose additional conditions upon Organization (e.g., Organization must meet designated spend thresholds) as part of providing this service.

## 13. Technology Solution

a) Truist shall use its sole and reasonable discretion to determine the method(s) by which the Organization may be permitted to use any given Technology Solution related to the Card Program.

Exhibit 8

Truist will make reasonable efforts to incorporate the implementation requests that the Organization makes related to the use or customization of a given Technology Solution within the Organization's Card Program; Truist and the Program Administrator(s) will engage in detailed discussions regarding the Organization's implementation requests (and applicable limitations) prior to the implementation of a Technology Solution related to the Card Program and can modify the implementation over time.

b) Truist will exercise its sole discretion over the operation, content, and features available to the Organization for each and every Technology Solution used as part of the Card Program; from time to time, Truist may modify or terminate any aspect, feature, configuration, functionality, or capability associated with any Technology Solution(s), including but not limited to enhancing, augmenting, updating, modifying, or removing any Technology Solution (in whole or in part) without prior notice.

c) Truist does not warrant that a Technology Solution or Truist's configuration thereof will comply with Organization's requested business or technical requirements or technology vendor relationships. The Organization agrees to use any Technology Solution associated with the Card Program in strict accordance with the user manuals, reference guides, training materials, or other materials provided by Truist (the "Technology Solution Materials") and under any additional terms and conditions that may relate to the use and operation of such Technology Solution. For each and every Technology Solution the Organization uses in relation to the Card Program, Truist shall provide the Organization with a license (if applicable) to access the Technology Solution and the Organization acknowledges that, as between the Organization and Truist, Truist retains all right, title, and interest in the Technology Solution. If authentication is required to access a Technology Solution, Truist will provide security credentials only to those Program Administrators (and Authorized Users, as applicable) designated by the Organization.

d) The Organization is responsible for the creation of Authorized User roles and permissions, for ensuring that each and every Authorized User uses the Technology Solution in strict accordance with the Technology Solution Materials and the Agreement, and for maintaining the confidentiality of passwords, account numbers, security credentials, and other information relating to the use of the Technology Solution in connection with the Card Program. A Program Administrator and Authorized User shall immediately notify Truist in the event a password, security credential, or other means of accessing the Card Program has been compromised in any way.

e) The Organization bears the sole responsibility for any Transactions that occur prior to Truist's receipt of such notice and thereafter for the period of time it takes Truist to reasonably act upon the notice. Passwords or other security credentials may be changed by Truist upon the Program Administrator's request or as otherwise described in the relevant Technology Solution Materials. The Organization agrees that Truist may give the new password or other security credentials to anyone Truist believes in good faith (i.e., through Truist's commercially reasonable process for authenticating an Authorized User) to be the Organization's Program Administrator or the applicable Authorized User. The Organization agrees that these security procedures are commercially reasonable.

f) Organization may also request, and Truist may provide, one or more file transmission services in connection with the Card Program. These file transmission services may be provided by Truist or a Third Party. By requesting file transmission services, Organization agrees that Truist may supply to any Third Party the details of the Organization's Authorized User(s) and any Transactions completed using a Card, Technology Service, or the Card Program.

g) Common Data Format (CDF) / Visa Commercial Format (VCF) file transmissions: If Truist agrees to provide Transactional data to the Organization (or to a third party at Organization's direction and request) for the Organization's internal use, Organization acknowledges and agrees that these CDF and VCF (as applicable) files are provided solely for Organization's convenience and Truist does not warrant the accuracy or compatibility of the data to be used in any expense management, accounting, or auditing system leveraged by the Organization.

## 14. Electronic and Telephone Communications

a) Organization agrees that all electronic communications that Truist receives relating to the Card Program or otherwise relating to transactions, items, or topics discussed in the Agreement will be deemed valid, authentic, and binding obligations, including those received through a Technology Solution(s), such as those directing Truist to take an action with respect to the Organization's Card Program that match the security credentials or other identity information the Organization, a Program Administrator, Authorized Officer, or other Authorized Users provided when enrolling in or using the Card Program. These communications will be given the same legal effect as Organization's written and signed paper communications and shall be considered "written" or "in writing."

b) These communications shall also be deemed to have been "signed" and to constitute an "original" when printed from electronic files or records established and maintained in the normal course of business. The Organization recognizes that unencrypted email is inherently insecure and that such communications and transfers occur openly and can be monitored, intercepted, rerouted, copied, and read by others. If Organization chooses to communicate with Truist using unencrypted email, the Organization assumes the entire risk for such use. Organization agrees that electronic copies of communications are valid and that Organization will not contest the validity or enforceability of such communications or any related communications, absent proof of altered data or tampering, under the provisions of any applicable law relating to whether certain agreements are required to be in writing or signed by the party to be bound thereby, and such copies shall be admissible as evidence in any judicial, arbitration, mediation, or administrative proceeding to the same extent and under the same conditions as other business records originated and maintained in paper form.

c) Organization agrees that Truist will not be liable for any of the following: (i) any delays, failure to deliver, or misdirected delivery of any communication if such delay, failure, or misdirection resulted from Organization's acts or omissions or was otherwise due to factors beyond Truist's control; (ii) errors in the content of a communication that were caused by the Organization's acts or omissions or were otherwise due to factors beyond Truist's control; (iii) any actions taken or not taken by Organization or any third party in reliance on a communication.

d) Truist may offer security alerts or optional alerts and communications about the Organization's Card Program. These alerts may be sent automatically by email to the designated primary email address for Organization, Authorized Officer(s), Program Administrator(s), Cardholder(s), or Authorized Users and by text message to their respective mobile device number, if a properly functional number has been provided and to the extent permitted by law. To receive security alerts or other communications via text message, the receiving mobile device must be subscribed to a wireless service on a participating mobile carrier and must be able to receive text messages using the mobile device and the applicable carrier's service.

e) Truist has the right to monitor telephone calls related to the Card Program for the purpose of measuring its performance under this Agreement. Such monitoring will be conducted by Truist's employees or agents in accordance with law and substantive information discussed therein will remain confidential.

## 15. Affiliates of Organization

Upon Truist's agreement, Organization may request that a designated Affiliate(s) receive services or otherwise use the Card Program under the Agreement. Each act or omissions of each and every such Affiliate related to the Card Program or the Agreement shall be deemed an act or omission of the Organization; the Organization and such Affiliate shall be jointly and severally liable for the acts or omissions of the Affiliate related to the Card Program, including liability for all Transactions and Fees incurred by such Affiliate.

## 16. Third Party Vendors

Organization acknowledges that some aspects of the Card Program, benefits or enhancements may be supplied by third parties who are not Affiliates of Truist (each a "Third Party"), and Truist is not responsible or liable for the actions or inaction of Third Party vendors or for anything in connection with those products or services provided by such Third Parties.

Exhibit 8

## 17. Periodic Statements, Chargebacks

a) Truist will deliver to the Organization periodic billing statements for the Card Program, reflecting activity related to the Card Program's use and any other outstanding amounts owed by the Organization to Truist under the Agreement. The Organization hereby agrees to examine each periodic statement and immediately notify Truist regarding any charge, Transaction, fee, or other item it believes to be in error or subject to dispute. The Organization has 60 days after the billing date listed on the periodic statement on which any alleged inaccuracy(ies) first appear(s) to notify Truist of the disputed amount in writing. If the Organization fails to meet this requirement, the statement will be considered as accepted by the Organization and correct.

b) Under certain circumstances, the Organization may have the right to reverse a disputed Transaction via the Network's chargeback procedure(s). The Organization acknowledges that, to initiate a chargeback, the Organization must comply with the Network's rules and procedures, including providing Truist with written notice of its intent to initiate a chargeback within sixty (60) days of the date the disputed Transaction appears on the Organization's periodic statement. Such written notice shall contain a statement specifically describing the Transaction and giving a valid reason for the requested chargeback. If Truist's investigation determines that the reason the Organization provided in support of its dispute is valid, Truist will attempt to charge the Transaction back to the merchant in accordance with the Network rules; each such chargeback that is accepted by the Network will be credited on the Organization's next periodic statement.

c) Notwithstanding the foregoing, the Organization is expected to pay in full the entire amount detailed within the periodic statement, including attempted chargebacks that are not credited to Organization. All communications regarding disputed Transactions must be sent to the designated address indicated on the periodic statement.

d) If the Organization initiates a payment via Truist's Buyer Initiated Payment ("BIP") option, ORGANIZATION HEREBY AGREES TO IRREVOCABLY WAIVE ANY AND ALL CHARGEBACK RIGHTS IT MAY HAVE ON ALL PAYMENTS MADE TO A SUPPLIER USING THE BIP OPTION.

## 18. Payments

a) The Organization must pay in full the outstanding balance shown on each and every periodic statement by the payment due date indicated. The Organization is responsible for all charges on the Card Program, including each and every amount for which the Organization has requested that individual Authorized Users receive a personalized periodic statement. The Organization unequivocally understands and acknowledges that Truist's decision to send individual statements to Authorized Users is done only as a convenience to the Organization; while a Cardholder may pay on behalf of the Organization for the amount billed to the Authorized User each periodic billing cycle, the Organization nevertheless remains entirely liable for all amounts billed on these statements. In addition to any other payment obligations under the Agreement, the Organization agrees to immediately pay the full amount of any outstanding balance in excess of the Organization Credit Limit.

b) All payments will be made in U.S. dollars which are drawn on a U.S. financial institution. Payments will be made by mail at the address shown on the periodic statements or by electronic means agreed upon by the Parties. The payment will be credited as of the date a payment is received by Truist. If Truist receives a payment in an amount less than the outstanding balance shown on the periodic statement, Truist may apply such partial payments to the balance as Truist elects. Truist may apply the payments to Fees, interest, principal and other charges in any order it determines, in its discretion. If the amount due in the periodic statement is not paid in full on or before the stated payment due date, the unpaid portion of the outstanding balance will be considered past due and shown in subsequent periodic statements as a "past due amount." Truist may assess a fixed dollar amount or percentage of the past due amount as described in the Fee Schedule ("Late Payment Fee"). Truist may assess the Late Payment Fee in each subsequent periodic statement until the past due amount is paid in full.

c) If Truist accepts a check, money order, or any other payment item marked "payment in full" (or other similar language) but in an amount that does not satisfy the entire obligation due from the Organization under the Agreement, the Organization agrees that such payment will not result in the Organization's fulfillment of its entire debt obligation to Truist under the Agreement; instead, the partial payment will merely reduce the total outstanding obligation due from Organization to Truist by the amount of the partial payment.

## 19. Ownership of Cards, Termination of individual Cards

a) Each and every Card associated with the Card Program remains at all times the property of Truist. Authorized Users may not transfer Cards to another individual; likewise, the access credentials used by any Authorized User are non-transferrable. If a Card or the Card Program has been terminated, the Organization must ensure that the applicable Card(s) is/are immediately destroyed (or, if requested, must be surrendered to Truist). Notwithstanding any other provision in the Agreement, Truist may restrict, suspend, cancel, or terminate the right to use any Card, Technology Solution, or any other aspect of the Card Program without prior notice and for any reason.

b) In the event an Authorized User's employment or other relationship with the Organization is terminated, the Organization will promptly notify Truist and request cancelation of such Authorized User's Card, access credentials for Technology Solution(s), or both as applicable. Until Truist has received and had a reasonable time to act on this notice from Organization, the Organization will be liable for all use of the Card Program by the Authorized User including any such use after the Authorized User's termination of employment or agency. The Organization will be liable for any pre-authorized Transactions made using the Card Program, even after the Card is canceled, unless such Transactions are reversed subject to the Organization's chargeback rights.

## 20. MCC Restrictions

Merchant Category Codes ("MCC") are numbers assigned to merchants by the applicable Network, to classify the types of goods or services typically being sold by that merchant. Subject to Truist's agreement, a Program Administrator may request that Truist restrict Transactions to or from merchants falling within certain MCC designations. If Organization requests such restrictions, Truist will take commercially reasonable steps to enable Organization to limit Transactions based upon those MCCs as assigned by the applicable Network. Organization acknowledges that MCCs are not determined by Truist and may not accurately reflect merchant's business or the merchandise or services provided by that merchant. The Organization agrees that – even in the case where Truist agrees to take steps to enable Organization to limit Transactions by MCC – Truist will not be liable for Transactions wherein the MCC assigned by the applicable Network to either the merchant or the Transaction is not reflective of merchant's actual business or the actual merchandise and services provided.

## 21. Annual Fees

The Organization shall be responsible for paying Truist a nonrefundable annual fee for each Card issued in relation to the Card Program and in the amount as disclosed (by Product Type) on the Fee Schedule. The annual fee will be due and payable for each Card when the applicable Card is initially established and in the same month annually thereafter (the "Card Anniversary Date"). Each annual fee is deemed fully earned (i.e., will not be prorated) when assessed against the Card Program. Each annual fee shall be nonrefundable notwithstanding the following: (a) Truist may at any time revoke or cancel all or any part of the privileges related to the Card Program or Card(s); or (b) Truist may at any time amend the Agreement; or (c) that Organization may fail to utilize any of the benefits of a Card to which an annual fee applies.

## 22. The Organization's Additional Affirmative Obligations to Truist

a) The Organization further acknowledges and agrees that the Organization shall immediately provide to Bank written notice of the following:

i. Any change in the Organization's ownership or Organization's Beneficial Owners;

**Exhibit 8**

ii. Any change in the Organization's Authorized Officer(s) or Program Administrator(s);

iii. Any change to the address, phone number, email, or other contact information applicable to the Organization;

iv. Any change to the Guarantor(s) and any change to any Guarantor's ability to pay or perform any obligations, liability, or indebtedness to Bank;

v. If the Organization (or any Guarantor) becomes insolvent or if bankruptcy or other insolvency proceedings are commenced by or against the Organization (or any Guarantor);

vi. If a receiver or trustee for the benefit of creditors is appointed for the Organization;

vii. The Organization's merger with or consolidation into another entity;

viii. The Organization's sale to another entity;

ix. The Organization's purchase of another entity;

x. Any fine or entry of a judgment against the Organization of a material nature or amount;

xi. Any seizure or forfeiture of, or the issuance of any writ of possession, garnishment or attachment, or any turnover for any material property of the Organization.

b) Periodic Review of Financial Information

From time to time and upon the Bank's reasonable request, the Organization agrees to submit to the Bank updated financial information in form and detail satisfactory to the Bank. If the Organization fails or refuses to produce financial information within ten (10) business days after the Bank's request, the Bank may immediately terminate the Agreement.

## 23. When the Card Program is in Default

a) Subject to applicable law and any right(s) that Organization may have under that law, Organization will be in Default if any of the following occur:

i. Any required payment is not made by Organization on or before the payment due date.

ii. The Organization or any Guarantor fails to pay any other obligation to Truist.

iii. The Organization violates any terms of the Agreement (including through the actions of an Authorized Officer, Program Administrator, or other Authorized User related to the Card Program).

iv. The Organization or a Guarantor violates any credit account or loan agreement (including a mortgage agreement) that they have with Truist.

v. A payment on the Card Program cannot be processed before the applicable payment due date.

vi. A payment on the Card Program is rejected and not successfully resubmitted before the applicable payment due date.

vii. An attachment, garnishment, or bankruptcy proceeding is initiated against the Organization or any Guarantor.

viii. Truist reasonably believes (in our sole discretion) that the Organization's or the Guarantor's ability to pay the Card Program obligations is materially impaired.

ix. The Organization or any Cardholder, Authorized User, Authorized Officer, Program Administrator, or Guarantor provides Truist with false, misleading, or fraudulent information (including a forged or false signature).

x. The Organization or any Cardholder, Authorized User, Authorized Officer, Program Administrator, or Guarantor makes illegal or improper use of the Card Program.

xi. The Card Program, Technology Solutions, or any Card is used after the Card Program has been closed.

xii. The Organization is sold, acquired, merged, or the majority ownership is transferred to any person or entity that did not have such ownership when the Card Program was established;

xiii. Any Beneficial Owner fails to furnish information to Truist sufficient to verify his or her identity.

## 24. Security Interest, Right of Set-Off

a) To the extent permitted by applicable law, Organization shall be liable for all amounts owed to Truist under the Agreement related to the Card Program. As collateral security for repayment of all amounts due under the Agreement and to secure any and all other loans, notes, indebtedness, and obligations that Organization (and all Guarantor(s)) may now or in the future owe to Truist, whether direct or indirect, absolute or contingent of any nature or kind (with the exception of any indebtedness under a consumer credit card account), Organization hereby grants to Bank a continuing security interest in each and every one of Organization's deposit accounts (whether checking, savings, or some other account) or securities now or hereafter in the possession of or on deposit with Truist or any Truist Affiliate or subsidiary of Truist including without limitation all accounts held jointly by Organization with someone else and all accounts Organization may open at Truist in the future. All IRA, pension, trust, and tax-deferred accounts are exempted from the foregoing security collateral.

b) If the Organization is in Default, each and every of the following applies: (i) Organization waives all notices and demands concerning the Card Program; (ii) the Organization agrees that the total amount due related to the Card Program shall include all costs, expenses, and reasonable attorneys' fees (including costs allocated for in-house counsel), legal proceedings, and bankruptcy and insolvency proceedings for the collections of sums due under the Agreement; and (iii) the Organization further agrees that the amount due related to the Card Program shall include any liabilities, losses, demands, and judgments Truist is subject to or incurs related to each and every use of the Card Program.

c) Upon Default, the Organization and all Guarantors of the Card Program agree and understand that, without prior notice or demand, Truist has the absolute right to set-off against: (i) each and every one of Organization's accounts (whether checking, savings, or some other account type) and securities now or hereafter in the possession of or on deposit with Truist and any Truist Affiliate including without limitation every account held jointly by the Organization with someone else and certificates of deposit; and (ii) each and every one Guarantor's respective accounts with Truist and Truist Affiliates. Truist may make such setoff in any order or amount of its choosing and apply those amount(s) to the then existing debt on the Card Program, as well as any sums due and owing under the Agreement.

## 25. Lost or Stolen Cards and Unauthorized Use of the Card Program

a) The Organization must take reasonable steps to prevent the Unauthorized Use of each and every Card (including for cash advances), Technology Solution, or other credentials/devices used to access or obtain credit using the Card Program.

b) The Organization agrees to promptly notify Truist of any loss, theft, or alleged or actual Unauthorized Use in any way of a Card, Technology Solution, or the Card Program by calling the number on the back of any Card. Because of this requirement, Truist expects that the Organization will regularly review the statement(s) associated with the Card Program to analyze Transactions and all other charges that post to the Card Program accounts and to confirm whether unauthorized Transactions have posted to the Card Program accounts. The Organization acknowledges that the statement(s) and Transactions will be readily available for review by the Organization using Truist's online account management platform. The Organization is further expected to ensure that each and every Authorized User responsibly safeguards the Card(s), convenience checks, and other credentials/devices used to access or obtain credit using the Card Program to promptly report each and every loss, theft, or alleged or actual Unauthorized Use of the Card Program.

**Exhibit 8**

## 26. Liability for Unauthorized Use

a) To the extent allowed by applicable law, the Organization and Guarantor are liable for all use of the Card Program by each and every Authorized User(s) and anyone else the Organization or an Authorized User allows (directly or indirectly) to use the Card Program. The Organization must ensure that the Organization and all Authorized User(s) abide by all applicable federal, state, and local laws and regulations as well as the terms, conditions, rules, and regulations established by Truist with respect to use of the Card Program under the Agreement, as may be amended from time to time. The Organization is liable for all use of the Card Program by every Cardholder and every Authorized User regardless of whether Truist is notified about such Cardholder or Authorized User's use or the Cardholder/Authorized User exceeds the limit that the Organization authorized or intended.

b) If Unauthorized Use of the Card Program occurs, the Organization agrees to cooperate with Truist and law enforcement authorities in identifying the unauthorized user. All claims of alleged loss, theft, or Unauthorized Use of the Card Program are subject to investigation. If the Organization is an entity to whom we have issued more than ten (10) Cards, the Organization may be liable for claims, costs, interest, fees, Transactions, and other charges related to claims of Unauthorized Use.

c) The Organization will not be liable for the Unauthorized Use of the Card Program if that use occurs after the Organization has notified Truist as noted above of the alleged loss, theft, or Unauthorized Use. Truist may assess a Replacement Card Fee as disclosed on the Organization's Fee Schedule for each replacement Card that Truist reissues related to a claim that the Card was lost or stolen. The Organization shall remain liable for all use of the Card Program by an Authorized User following his or her termination of employment or agency from the Organization until Truist has received and had a reasonable time to act on the notice of the Authorized User's termination and except as specified by the Visa Liability Waiver Program or the Mastercard MasterCoverage Liability Protection Program (as applicable).

d) Truist will not be liable if the Organization or any Authorized User or other party who has direct or indirect access to the Card Program engages in an illegal Transaction or activity related to the Card Program. If any illegal use or activity occurs related to the Card Program, the Organization also agrees to waive any right to sue Truist for such illegal use or any activity directly or indirectly related to it; the Organization also agrees to indemnify and hold Truist harmless from any suits or other legal action or liability, directly or indirectly, resulting from illegal use of the Card Program.

## 27. Amendments

a) To the extent permitted by applicable law and at any time and without prior notice, Truist may amend any term or condition of the Card Program and may otherwise amend the Agreement. Amendments will be made in any manner deemed acceptable by Truist. Truist may employ any of the following methods to communicate to the Organization amendments regarding the Agreement or Card Program; the following are merely illustrative (and not exhaustive) examples of the options Truist may use to communicate amendments to the Organization: (i) amending the information within the Terms or within the Truist Commercial Card Terms and Conditions Addendum, if any, and providing a copy of the same to Organization, or (ii) by general posting on Truist's website or via other online channels, or (iii) sending notice by mail or email to the address(es) provided by the Organization for that purpose, or (iv) including identified amendments within the Card Program billing statement(s).

b) All amendments requested by the Organization must be agreed upon in writing by both the Organization and Truist and be captured within an executed Truist Commercial Card Terms and Conditions Addendum (or other written document/addendum that is duly executed by both Parties).

c) Organization acknowledges that if Truist amends the Card Program or the Agreement by general posting on Truist's website or online channels, Truist shall be under no obligation to otherwise notify Organization of the amendments as Organization understands that Organization's access to the website or online channels is assumed and shall be sufficient notice. Any change in terms will apply to any outstanding account balances on the effective date of the change. Organization's continued use of the Card Program (as, e.g., through use of any Card or Technology Solution) after the effective date of the amendment constitutes acceptance by the Organization of all such amendments.

The parties agree that Truist does not need to furnish to any Guarantor(s) separate notice of any amendment to the Card Program or the Agreement.

## 28. Termination/Closure/Suspending the Card Program

a) Organization may close the Card Program (including use of any individual Card or Technology Solution) at any time. Truist may require the Organization (via a Program Administrator or Authorized Officer) to provide a closure request in writing. The Organization may cancel any Card at any time through our online card management platform.

b) Except as otherwise required by applicable law, Truist has the right to terminate or suspend the Organization's ability (as well as that of any Authorized User) to use the Card Program, any Card, access any Technology Solution, or any feature of the Card Program at any time and for any reason, without prior notice. Truist may also suspend, cancel, or close any and all Cards at any time and for any reason. Truist reserves the right to suspend, restrict, or terminate the Organization's (including any and all Authorized User(s) and Cardholder(s)) ability to earn or redeem Rewards or Rebates (or both) during any timeframe within which any Card or the Card Program is or was determined by Truist (in its sole and absolute discretion) to not be in Good Standing.

c) Organization will remain liable under the Agreement for all of the following that occur prior to termination of the Card Program: all Transactions made using the Card Program (including through use of Card(s) and Technology Solutions), plus any fees, interest charges, balances, and other amounts due related to the Card Program.

d) In the event the Organization is in Default, Truist has the immediate right to terminate the Card Program without notice and declare all unpaid amounts of any kind associated with the Card Program immediately due and payable. The Agreement will otherwise remain in full force and effect until the Organization pays all sums due Truist.

e) Immediately upon termination of this Agreement: (i) all outstanding Cards will be cancelled and all rights or benefits of the Organization and all Authorized Users with respect to the Card Program will be terminated; (ii) the Organization is expected to pay the aggregate of all Transactions made using the Card Program (including through use of Card(s) and Technology Solutions), plus any fees, interest charges, balances, and other amounts due related to the Card Program; (iii) Truist has the right to set-off (as outlined within the Agreement) any of the Organization's accounts with Truist or any of Truist's present or future Affiliates (including their successors or assigns) to pay sums due under the Agreement; and (iv) the Organization will pay any and all costs, expenses, and reasonable attorneys' fees incurred by Truist for the collection of sums due and owing under the Agreement.

f) Immediately following the Card Program's closure, all Cards, convenience checks, and other means used by the Organization (and each and every Authorized User) to access the Card Program must be immediately destroyed by Organization or, if Truist requests, surrendered to us. If requested by Truist, the Organization will promptly certify, in writing, that it has completed the destruction of all Cards, convenience checks, and other means used by the Organization (and each and every Authorized User) to access the Card Program.

g) The initial term of the Agreement will be for three (3) years. Unless otherwise terminated by either Party, the Agreement shall automatically renew for consecutive one (1) year term(s) after the conclusion of the initial term of the Agreement.

h) Any provision of this Agreement which may reasonably be interpreted or construed as surviving the termination of this Agreement shall survive such termination and be enforceable thereafter unless barred by an applicable statute of limitations.

## 29. Intellectual Property

Other than expressly agreed to by the Parties in the Agreement, neither Party shall use the names, trademarks, trade dress, logos, service marks or trade names of the other Party in connection with any representation, solicitation, advertising, promotion, sales or marketing publication or advertisement without prior full disclosure to and written permission from the other Party, which approval may be withheld in the other party's sole reasonable discretion. Truist, the Truist logo and Truist purple are service marks of Truist Financial Corporation.

2380

Exhibit 8

All other trademarks and service marks used in relation to the Card Program are the property of Truist unless otherwise designated. Except as expressly stated herein, nothing contained in the Agreement shall be construed as granting by implication, estoppel, or otherwise a license or right by Truist to any patent, trademark, copyright, or proprietary rights of Truist or of any third party. Notwithstanding the foregoing, the Organization grants Truist the right and license to use the Organization's name, trademarks, service marks, copyrights and logos and other textual information solely in connection with the provision of Card Program services.

## 30. Limitation of Liability

The Organization hereby acknowledges and agrees that an immaterial deviation by Truist from the terms set forth in the Agreement shall not be deemed a failure to exercise ordinary care or to act in good faith. The Organization further agrees that Truist shall not be liable to any person or entity for any error or mistake in judgment or for any act done or step taken or omitted, or for any mistake in fact or law, or for anything which it may do or refrain from doing in connection with the Agreement, except that which results solely from Truist's gross negligence or willful misconduct.

The Organization also acknowledges that some aspects of the Card Program, benefits or enhancements may be supplied by Third Parties who are not Affiliates of Truist, and Truist is not responsible or liable in connection with those products or services provided by such Third Parties. Unless the Organization's Card Program has been suspended, restricted, or terminated (in whole or in part), Truist will make commercially reasonable efforts to ensure that the Card Program will be continuously operational; however, Truist cannot warrant that the Card Program will be uninterrupted or error-free, due to limitations of Truist's authorization systems, systems management and ordinary stand-in processes, and of the applicable Card Association Network or merchant systems, and other systems or circumstances outside of Truist's reasonable control. The Organization therefore waives any and all claims that it may have against Truist arising out of the use and performance of the Card Program, except as contained herein.

To the maximum extent provided by law, neither party will be liable to the other for any special, punitive, exemplary, indirect or consequential damages, including but not limited to lost profits and lost revenues, without regard to the form of the claim or action or whether the claim is in contract, tort or otherwise, and even if the defending party knew or should have known such losses or damages were possible or likely. Notwithstanding anything to the contrary in this Agreement, in no event shall Truist be liable to the Organization for losses or damages of any kind whatsoever incurred in relation to the Agreement, including by way of breach or indemnity, in an amount greater than one-half of one percent (0.5%) of Organization's net Transactions made across the Card Program in the preceding Calendar Year (and as calculated by Truist), provided, however, that losses or damages caused by Truist's gross negligence or willful misconduct shall not be subject to this limitation amount.

TRUIST SPECIFICALLY DISCLAIMS ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, ARISING OUT OF OR RELATED TO THE AGREEMENT, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT, EACH OF WHICH IS EXPRESSLY EXCLUDED BY AGREEMENT OF THE PARTIES. WHILE TRUIST WILL MAKE COMMERCIALLY REASONABLE EFFORTS TO PROVIDE ACCURATE INFORMATION IN CONNECTION WITH THE CARD PROGRAM, EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN, TRUIST MAKES NO WARRANTY THAT THE CARD PROGRAM (INCLUDING TECHNOLOGY SOLUTION(S)) WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE OR THAT ANY INFORMATION CONTAINED ON, RESULTS THAT MAY BE OBTAINED FROM THE USE OF OR OTHER ASPECT OF THE CARD PROGRAM (INCLUDING TECHNOLOGY SOLUTIONS(S)) WILL BE ACCURATE, CURRENT, COMPLETE, OR RELIABLE.

Organization agrees that Organization will indemnify Truist and hold Truist harmless from and against any claim arising out of honoring or acting upon any instructions received from the Organization (e.g., as through its Authorized Officer, Program Administrator(s), or Authorized Users) related to the Card Program.

## 31. Organization Obligations

a) The Organization shall reimburse Truist for any and all damages, judgments, liabilities, fines, penalties, losses, claims, actions, demands, lawsuits, costs, and expenses, including, without limitation, reasonable attorneys' fees and expenses, (collectively "Claims") imposed in any manner upon or accruing against Truist that arise out of or relate to any or all of the following:

(i) Organization's (including through the action(s) or failure(s) to act by any Authorized User) breach of this Agreement, including, but not limited to confidentiality and information security breaches and breaches of representations and warranties;

(ii) Organization's (including through the action(s) or failure(s) to act by any Authorized User) negligence, willful misconduct, or fraud;

(iii) payments, compensation, damages, or other amounts, however characterized or determined, to a third party (including, without limitation, Truist's providers whose products or services are utilized for Card Program delivery, suppliers from whom Organization and its Authorized Users purchase products/services using or pursuant to the Card Program, or governmental and other regulatory authorities), which Truist has reimbursed or may be obligated to pay as a result of any of the foregoing matters described in subsections (i) and (ii) above;

(iv) disputes between (A) the Organization and any Authorized User; (B) the Organization and any of its Affiliates (including Claims arising out of actions taken by the Organization on an Affiliate's behalf under this Agreement) unless such Claim is solely the result of Truist's gross negligence or willful misconduct; and (C) the Organization (including all Authorized Users, employees, agents, and representatives) and any supplier or merchant;

(v) actions or inactions that Truist takes or omits based upon the direction or instructions of the Organization or any Authorized User.

## 32. Governing Law, Severability, Enforcement of Rights

The Agreement is binding upon the permitted assigns and successors of the Organization. The Agreement and the interpretation and enforcement thereof (including but not limited to the exportation of interest rates) will be governed by federal law applicable to Truist and, to the extent not preempted by federal law, the laws of the state of North Carolina without regard to its conflicts of law provisions and principles. If any portion of this Agreement is declared invalid or unenforceable for any reason, such portion is deemed severed and the remainder of this Agreement will remain fully valid and enforceable. Truist can delay enforcing its rights under this Agreement without waiving those rights. A waiver of rights in one instance will not be a waiver in other instances. Truist accepts the Agreement in the state of North Carolina.

## 33. Transaction Disputes

Truist is not responsible for any defects in or poor quality of the merchandise or services obtained by any use of the Card Program. Any claim or dispute between the Organization and a merchant or supplier, including with respect to the merchant's or supplier's right to compensation, will be the object of a direct settlement among the Organization and the merchant or supplier and any such dispute will not affect the Organization's obligation to pay in full to Truist all of Organization's obligations under the Agreement in accordance with the terms of the Agreement. Organization shall make a good faith effort to resolve or otherwise settle all disputes in any way related to goods or delivery of services or performance directly with the merchant involved. In addition, Organization acknowledges and agrees that the applicable Network shall not be responsible for any claims, losses, damages or liabilities incurred by any Network member (including Truist or by the agents, brokers, cardholders (including the Organization or any Cardholder), or merchants of any such Network member arising out of the Network product and services provided under the Agreement.

Exhibit 8

## 34. Notifications

a) Notices permitted or required under the Agreement related to the following matters must be in writing and delivered by US mail or email: (i) all notices affirmatively required to be provided by the Organization to Truist as outlined within the "Organization's Additional Affirmative Obligations to Truist" section of the Agreement; (ii) requests made by the Organization to materially amend the Agreement, including changes to the Organization's Authorized Officer(s) or Program Administrator(s); and (iii) notices of termination of this Agreement. The notice will be deemed effective when sent.

b) Notices from Truist to the Organization may be delivered to the Authorized Officer and address as provided within the current Client Acceptance Form. Organization must send to Truist all notices regarding the Card Program and the Agreement at the following address:

Truist
Mail Code FL-ORLANDO-9214
7455 Chancellor Drive
2nd Floor
Orlando, FL 32809-6213
Attn: Commercial Card Services

c) All other notices may also be delivered as outlined within the "Amendments" section of the Agreement (if applicable).

## 35. Confidentiality

a) Definitions

"Confidential Information" includes, but is not limited to, the following information relating to or provided by a party to the Agreement (including all Affiliates or agents of that party) ("Disclosing Party") to any other party to the Agreement (including all Affiliates or agents of that party) ("Receiving Party"), whether such information is written or oral, electronic or in other form: advertising, branding and branding related information, business systems and practices, business strategies, compensation and compensation practices, customer surveys, customer lists, designs, diagrams, drawings, financial information, flowcharts, forecasts, ideas, inventions, know-how, manuals, markets, marketing plans, operations, organizational charts, personnel files, personnel information, personnel lists, policies, processes, products and product plans, proposals, questionnaires, reports, research, sales practices, services, software, software developments, strategies, technical descriptions, trade secrets, information exchanged between the parties regarding potential services that a third party may provide to Truist and which potential service could be contracted under the Agreement, and any other information that the Disclosing Party designates, orally or in writing, as confidential or which the Receiving Party should reasonably know is confidential. Confidential Information also includes information used in the performance of Bank's services in relation to the Agreement, and any reports or documents that include, summarize, are based on or refer to Confidential Information and all derivative works of any Confidential Information. Confidential Information includes Personal Information (i.e., Personally Identifiable Information or non-public information) and Restricted Information. All Confidential Information remains the property of the Disclosing Party. Each party to the Agreement may be a Disclosing Party or a Receiving Party hereunder.

"Personally Identifiable Information" means information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular person or household.

"Restricted Information" means any Truist Confidential Information that (i) is labeled "Restricted" or "Private"; (ii) is or includes Personal Information; or (iii) if the contents of the data are reasonably known to the Organization (or its Affiliates or agents), is of the type or nature where its loss or alteration could reasonably be expected to have a significant impact on Truist's or its Affiliates' clients or business.

All software that Truist provides or makes available to your Organization, whether owned by Truist or any third-party services provider, will be considered "Confidential Information" pursuant to the Agreement.

b) Confidentiality Obligations of the Parties

Each party will: (i) not use or disclose the Confidential Information except for the purpose for which it was disclosed; (ii) permit access to the Confidential Information only to individuals who have a need to know and have signed separate confidentiality agreements or are otherwise bound by the confidentiality and security obligations contained in the Agreement; (iii) implement security measures to ensure compliance with the Agreement; (iv) ensure that the return or disposal of Confidential Information is performed in a manner that is in compliance with the Agreement; and (v) upon termination or expiration of the Agreement, not use or disclose the Confidential Information of the Disclosing Party.

Organization and Truist understand and agree that:

1.) Organization or Truist may be provided or obtain the Confidential Information of the other Party or third parties of that Party, such as suppliers of your Organization or service providers of Truist.

2.) Any Confidential Information (other than Personally Identifiable Information) related to Card Program usage belongs equally to each Party, and nothing in the Agreement will prohibit either Party from disclosing or using such data or information in accordance with the terms of the Agreement.

3.) Unless otherwise stated in the Agreement:

A.) Each Party will keep all Confidential Information in strict confidence to avoid Unauthorized Use or disclosure.

B.) Neither Party will directly or indirectly disclose any Confidential Information to any third party other than permitted parties (such as third party service providers of Truist) except with the other Party's prior written consent.

C.) Organization agrees and hereby consents to its Confidential Information being shared with Truist's third party service providers and other such permitted parties for purposes of providing services related to the Card Program and to Authorized Users.

c) Exclusions regarding Confidential Information

i. Information is excluded from this section (Confidential Information) if, as shown by reasonable evidence that: (1) the information was placed in the public domain by the Disclosing Party; (2) the information was provided to the Receiving Party prior to entering into discussions related to the Agreement or related transactions on a non confidential basis from a source other than the Disclosing Party, provided that such source is not bound by a confidentiality or non-disclosure agreement with the Disclosing Party or is not otherwise prohibited from transmitting the information by a contractual, legal, or fiduciary obligation; (3) the information is independently developed by a Receiving Party without use of or reference to the Confidential Information of the Disclosing Party; or (4) the information is disclosed by a Receiving Party with the prior written approval of the Disclosing Party.

ii. Information regarding the use of a Card, Technology Solution, or the Card Program by the Organization, a Cardholder, or an Authorized User (including any reimbursement they received from the Organization, employment status, and location) may be exchanged between the Organization and Truist.

d) Authorized Disclosure of Confidential Information

Confidential Information may be disclosed if and only to the extent that disclosure is required by: (i) law, including subpoena, or judicial process; or (ii) to the Parties' respective personnel, state and federal regulators, and agents (such as third-party providers of the Bank) having a need to know such Confidential Information,

2380

# Exhibit 8

in which case the Receiving Party may disclose the Confidential Information subject to the limitations set forth herein and shall, unless prohibited by law or a state or federal regulator, promptly notify the Disclosing Party in writing of the terms and circumstances of the disclosure and cooperate with any efforts to prevent or limit disclosure, except that Truist is not required to provide any notice to the Organization where Truist is required to make such disclosure, in its sole and exclusive opinion, in the ordinary course of dealings with any state or federal regulator or court-issued subpoena or order. Truist is a state and federally regulated financial institution, and the Organization acknowledges and agrees that it may be required to cooperate with Truist in the course of an internal audit, and in dealings with any state or federal regulator. The Organization will provide such cooperation, including cooperating with Truist's requests for information. The Organization authorizes Truist to release information regarding the Card Program to comply with any subpoena or other proper order from a state or federal agency or court. Truist may investigate the Organization's credit record from time to time in connection with the Card Program.

## 36. Privacy Information

Truist may, to the extent and in the manner permitted by applicable law, communicate information about Truist's experiences and Transactions with the Organization to credit bureaus, Truist's Affiliates, and others who may properly receive that information. Truist only reports Business Credit to Business Bureaus. Truist will not share this information about the Organization with third parties for marketing purposes. You may refer to Truist's Privacy statement for more details about how Truist collects, uses, retains, discloses, and safeguards personal information about any Cardholder related to the Card Program. A complete copy of the Truist Privacy Policy is available at Truist.com.

## 37. Assignment

The Agreement shall be binding upon and shall inure to the benefit of the Organization and Truist and their respective successors and permitted assigns. The Agreement or any of the rights hereunder, may not be assigned by the Organization without Truist's express prior written consent. Organization further agrees that, prior to any sale, transfer, or assignment of Organization's business or business interests, Organization shall give written notice of the existence of the Agreement to any purchaser, transferee, assignee, or other successor in interest of the Organization; Organization shall immediately provide to Truist a written copy of any such notice. In no event shall Organization be relieved of any liability to Truist arising hereunder unless and until a purchase, transferee, assignee, or other successor in interest to the Organization's business shall expressly assume such liability in writing and Truist, in its sole and absolute discretion, accepts the written assumption of the liability. Truist may assign the Card Program, in whole or in part, and any of Truist's rights under the Agreement without Organization's consent.

## 38. Foreign Currency

Truist and the Network convert any Transaction made in a foreign currency into U.S. dollars using the Network conversion rate in effect on the day the Transaction is posted to a Card or the Card Program, as applicable. Truist's current conversion charge (the "Foreign Transaction Fee") is added to the Transaction amount as disclosed in the Fee Schedule. The amount of the Transaction after conversion (including Foreign Transaction Fee) is shown on the statement. If a credit is subsequently given for the Transaction, the currency conversion rate at the time the credit is issued shall be applied.

Therefore, the credit currency conversion rate may differ from the rate applied to the original charge, and as a result, the amount of the credit may be different from the amount that was originally charged for the Transaction.

## 39. Miscellaneous

a) Legal Purposes Only: Truist at its discretion may block any Transaction(s) that could be considered of an illegal or high-risk nature. Truist will not be liable if the Organization (including through the actions or failure to act of any Authorized User) engages in an illegal Transaction or for Truist's failure to process an illegal or high-risk Transaction.

b) Force Majeure: Non-performance of Truist will be excused for the period of any delay caused by any force majeure event, including act of God, war, terrorism, pandemic, or any other cause beyond Truist's reasonable control.

c) Counterparts: The Agreement may be executed in any number of counterparts, each of which will be deemed an original and all of which together will constitute one and the same instrument.

d) Facsimile, Electronic Delivery, Digital Signatures: A duplicate or copy of any counterpart of the Agreement that is delivered by facsimile or email attachment will be as effective and enforceable as an original, manually-signed document. Digital signatures will be as effective and enforceable as manual signatures. A digital, electronic, or photo static image of any counterpart of the Agreement that is maintained in Truist's record retention system will be as effective and enforceable as an original, manually-signed document.

e) Entire Agreement: The Agreement and the incorporated schedules, amendments, addenda, forms, and exhibits constitute the entire Agreement between the Parties. There are no understandings or agreements related hereto other than those which are expressed within the Agreement, and all prior negotiations, agreements, and understandings, whether oral or written, are superseded by the Agreement.

f) IMPORTANT INFORMATION ABOUT OPENING A NEW ACCOUNT AT TRUIST: To help the United States Government fight terrorism and money laundering, Federal law requires us to obtain, verify, and record information that identifies each business or entity that opens an account or establishes a relationship. What this means for you: when you open an account or establish a relationship, we will ask for your business name, a street address, and a tax identification number that Federal law requires us to obtain.

2380

Exhibit 8

## 40. Commercial Card Fee Schedule

| Fees | Cost |
|---|---|
| Annual Fee - Executive Card | $275 per Card |
| Annual Fee - Truist Preferred One Card | $750 first Card; $275 each additional Card |
| Annual Fee - Central Travel Account (CTA) | $150 per Card |
| Annual Rewards Fee - Organization Rewards | $150 per Organization |
| Annual Rewards Fee - Cardholder Rewards | $75 per Cardholder |
| Cash Advance Fee | $10.00 or 4% of each advance, whichever is greater |
| Late Fee Central Bill | 1.5% of balance ($30 minimum fee), if past due balance is $25 or more |
| Late Fee Individual Bill (Corporate /Executive Card Only) | 1.5% of balance ($30 minimum fee), if past due balance is $25 or more |
| Foreign Transaction Fee | 2% of the Transaction after conversion to US Dollars |
| Non-Sufficient Funds Fee | $39 each occurrence |
| Copy of Statements | $5 per statement copy |
| Rush Delivery Fee - Truist Preferred One Card | $0 |
| Rush Delivery Fee - All other product types | $25 |
| Card Design/Logos | $500 - per occurrence |
| Technology Solution Implementation (TSI) - Standard | $250 - one time |
| Technology Solution Implementation (TSI) - Enhanced | $500 - one time |
| Technology Solution Implementation (TSI) - Premiere | $1500 - one time |
| Third Party Data File Set-up | $250 per occurrence |
| Professional Services | Up to $1500 per occurrence |

Card Design/Logos are not available on Truist One Card, Truist Preferred One Card, or Truist Executive Card

TSI Standard: Statement Manager only

TSI Enhanced: Includes Standard functionality and any Workflow, Image Module, and Data Extract Module. No custom programing or custom reporting included

TSI Premiere: Includes Standard and Enhanced functionality, plus Payables Manager, Expense Manager, Requisition Manager, ICBT Virtual Travel Account, Custom Programming

Professional Services: Additional services needed before, during, or after the initial implementation process such as Consulting, Onsite training or Re-training. Also includes TSI Reconfiguration or Maintenance request; any changes requested to the original Technology Solution Implementation (TSI). Professional Services Fee Amount is determined based on level of complexity or professional expertise required.

Exhibit 8

 **TRUIST** ⊞⊦                                    Commercial Card Terms and Conditions Addendum

### This form **must** be accompanied by an executed and dated
### Commercial Card Client Acceptance Form.

**Organization**

| | |
|---|---|
| Organization Legal Name: | SERVEDARK INC |
| Doing Business As (DBA), if any: | Servedark Racing |

Unless otherwise defined, capitalized terms used herein shall have the meaning ascribed to them within the Commercial Card Client Acceptance Form or Commercial Card Terms, as applicable.

The undersigned Organization and Truist Bank, through the respective signatures of their respective Authorized Officers below, hereby agree to amend the Truist Commercial Card Terms and Conditions (the "Terms") as described below and expressly incorporate this Commercial Card Terms and Conditions Addendum into the Agreement. Except as specifically amended by this Commercial Card Terms and Conditions Addendum, all other portions of the Terms shall continue in full force and effect.

**Amended:**

The following fees are waived: Card Design/Logos, Technology Solution Implementation (TSI) - Standard, Technology Solution Implementation (TSI) - Enhanced, Technology Solution Implementation (TSI) - Premiere, Third Party Data File Set-up

**SIGNATURES**

**ORGANIZATION**

By signing as an Authorized Officer below, I hereby attest that I have the intention and requisite authority to bind the Organization to this Commercial Card Terms and Conditions Addendum.

| | |
|---|---|
| Signature of Authorized Officer: | *(signature)* |
| Name of Authorized Officer (please print): | Sebastian Robles |
| Title: | CEO |
| Date: | 9/10/24 |

**TRUIST BANK**

By signing as an Authorized Officer below, I hereby attest that I have the intention and requisite authority to bind Truist Bank to this Commercial Card Terms and Conditions Addendum.

| | |
|---|---|
| Signature of Authorized Officer: | *Chris Attridge* |
| Name of Authorized Officer (please print): | CHRISTOPHER M ATTRIDGE |
| Title: | TREASURY SALES MGR |
| Effective Date (date signed by Truist): | 9/16/2024 |

G2024091020004

2381



Page 1 of 1

Exhibit 8

 **TRUIST**

## Truist Commercial Card Rewards Terms and Conditions

Welcome to the Truist Commercial Card Rewards Program (hereinafter "Rewards Program").

These Truist Commercial Card Rewards Terms and Conditions ("Rewards Terms and Conditions"), Commercial Card Terms and Conditions (the "Terms"), the Commercial Card Client Acceptance Form, the Incentive Addendum, the Commercial Card Attestation, and all other schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, and addenda thereto (each such document is hereby incorporated by reference and, collectively, shall be referred to as the "Agreement") govern the Card Program between the Organization (as identified within the Commercial Card Client Acceptance Form) and Truist Bank ("Truist" or "Bank").

These Rewards Terms and Conditions govern any and all rewards available under your Organization's Commercial Card Program with Truist. These Rewards Terms and Conditions are an addendum to the Agreement. In the event of any conflict between these Rewards Terms and Conditions and the Terms, the Terms will control; to the extent any matter upon which these Rewards Terms and Conditions are silent is already addressed by the Agreement, the Agreement will control. The Organization accepts and agrees to be bound by the Rewards Terms and Conditions whenever any Authorized User (including but not limited to Authorized Redeemers and Cardholders) of the Organization uses a Card or Rewards Account in relation to the Organization's Card Program.

Unless otherwise defined herein, capitalized terms used in these Rewards Terms and Conditions shall have the meaning ascribed to them within the applicable schedules, agreements, documents, or other instruments including all riders, amendments, restatements, supplements, or addenda associated with the Agreement within which the capitalized term is defined. Please also see the "Definitions" at the end of these Rewards Terms and Conditions.

Truist will post any changes to these Truist Commercial Card Rewards Terms and Conditions ("Rewards Terms and Conditions") on cardrewards.truist.com and it is the Organization's responsibility to regularly review the Rewards Terms and Conditions for any changes.

Under the Rewards Program, the Organization earns "Rewards" in the form of points every time a Qualifying Purchase is made with a Card. Rewards can be redeemed for merchandise, gift card, travel, Event Tickets, and other goods and services options.

Truist only offers "Rewards" as the incentive for Qualifying Purchases made using our Truist Preferred One Card, Truist Corporate Card, Truist One Card, and Truist Executive Card Product Types; any Transaction made using any other Product Type will not earn or be eligible for Rewards.

If the Organization chooses "Rewards" as a redemption option, the Organization will only earn Rewards for those eligible Transactions made using any of our Truist Preferred One Card, Truist Corporate Card, Truist One Card, and Truist Executive Card Product Types.

To the extent the Organization earns a Rebate for Transactions made using the Card Program, Organization will not earn Rewards for those same Transactions; that is, the Organization will not earn both a Reward and a Rebate for the same Transaction.

## 1. Rewards Service Center and Rewards Website.

The Rewards Service Center phone number is 800.255.7125 and is available Monday through Friday from 7:00 a.m. – 9:00 p.m. ET and on Saturday and Sunday from 9:00 a.m. – 9:00 p.m., ET. This number provides full-service customer support for Rewards including redemption of Rewards Offerings for gift cards, merchandise, event tickets and travel Rewards, including airline, hotels and car rentals, and more. The Rewards Website address is cardrewards.truist.com

## 2. Eligibility.

To participate in the Rewards Program, the Organization must be based in the United States and the Card Program must remain in Good Standing. Truist reserves the right to determine in Truist's sole discretion whether the Organization (including any Authorized Redeemer or Cardholder) is eligible for enrollment or continued participation in the Rewards Program. Use of the Rewards Program may be restricted for certain types of Organizations including, but not limited to, tax-exempt entities. It is the responsibility of the Organization to consult with its tax and legal advisors to determine if such restrictions apply to the Organization.

In the event of a conflict with these Rewards Program terms, any Organization-specific restrictions related to Rewards Program eligibility or Rewards limitations in the Agreement will prevail. Truist will directly notify the Organization's Commercial Card Program Administrator designated as Pool Manager (i.e., not individual Authorized Redeemer(s) or Cardholder(s)), of any applicable limits or restrictions.

## 3. Enrollment.

### Organization-level Rewards:

Truist will assign the Organization's Rewards Account number at the time the Rewards Program is established and as part of implementation process. An Authorized Officer of the Organization will designate a Program Administrator as the Rewards Pool Manager for the Organization; there can only be one Rewards Pool Manager per Organization ("Pool Manager"). The Pool Manager will be the primary contact for the Rewards earned by the Organization.

The Pool Manager is designated at the time the Card Program is opened and will be the only individual with access to view and redeem Point Rewards at the Rewards Website on behalf of the Organization. The Pool Manager can receive information regarding the Organization's Rewards Account (including the number of Rewards earned, redeemed, or forfeited, if applicable) either online at the Rewards Website or by calling the Rewards Service Center. The Pool Manager cannot delegate his or her access, roles, permissions, or responsibilities to anyone else. Only an Authorized Officer can change who the designated Pool Manager is for the Organization; this change must be made in writing using a duly executed amendment to the Commercial Card Agreement.

Authorized Redeemers are individuals authorized to redeem Rewards associated with the Organization's Rewards Account(s) by calling in to the Rewards center, but not by using the Rewards website. A Pool Manager must designate each Authorized Redeemer(s) by adding them via the Rewards Website. An Authorized Redeemer may call the Rewards Service Center to receive information regarding the Organization's Rewards Account (including the number of Rewards earned, redeemed, or forfeited, if applicable) and redeem Rewards, but will have no online access. Authorized Redeemers cannot designate additional Authorized Redeemer(s). An Organization may have up to five Authorized Redeemers.

G2024091020004

**2041**

Page 1 of 11

# Exhibit 8

 **TRUIST** **Truist Commercial Card Rewards Terms and Conditions**

**Cardholder Rewards:**

Manual enrollment is required to enroll a Cardholder into the Rewards Program; if a fee applies for each Cardholder enrolled into the Rewards Program, that fee will be disclosed in the Fee Schedule within the Agreement. Organization may decide that individual Cardholders can redeem the Rewards earned through the use of the Card issued to the Cardholder; to access and redeem the Rewards associated with the Card issued to the Cardholder, the respective Cardholder must enroll at the Rewards Website or call the Rewards Service Center to establish a Cardholder Rewards Account by linking the Card.

An Authorized Officer of the Organization will designate one Program Administrator who is responsible for receiving Rewards Program-related correspondence and information from Truist and disseminating it, as applicable, to individual Cardholders within the Organization; this Program Administrator is known as the "Cardholder Rewards Program Manager." Only an Authorized Officer can change who the designated Cardholder Rewards Program Manager is for the Organization; this change must be made in writing using a duly executed amendment to the Commercial Card Agreement.

Once enrolled, the Cardholder will be the only individual with the ability to view online and redeem Rewards associated with their individual Rewards Account. Please note that the Cardholder Rewards Program Manager will not have access to the enrolled Cardholder Rewards accounts or details.

## 4. Rewards and Redemption Overview.

The Rewards Program earns at a rate of 1 Reward point (total) per $1.00 of Qualifying Purchase.

All Qualifying Purchases made prior to enrollment are not eligible and Rewards cannot be applied retroactively.

Qualifying Purchase amounts include tax and are not rounded up to the next dollar. Earned Rewards will be placed in the Rewards Account designated by the Organization (including, as applicable, a Cardholder Rewards Account). Rewards Account balances are updated daily and most Qualifying Purchases will be reflected within 48 hours; however, Rewards for certain Qualifying Purchases may take up to 8 weeks to appear in the Rewards Account.

Rewards can be redeemed for Rewards Offerings including statement credit, cash back, gift cards, merchandise, event tickets, and travel. Rewards can be redeemed to obtain Rewards Offerings through the Rewards Website or by calling the Rewards Service Center, except as otherwise noted. Only Organization-level Rewards can be redeemed for cash back.

It is the responsibility of the Rewards Pool Manager and the Authorized Redeemer or the Cardholder (as applicable) to regularly monitor the Rewards Account to ensure that every: (a) earning of Rewards on Qualifying Purchases is proper and accurate, and (b) Rewards Offering redemption that is processed on the Rewards Account is proper and accurate. It is the Organization's obligation to timely report each and every suspected improper, unauthorized, or inaccurate Rewards earning or Rewards Offering redemption from the Rewards Account. Timely reporting under these Rewards Terms and Conditions means no more than 60 days after Rewards earnings are posted to the Rewards Account or Rewards Offerings are redeemed from the Rewards Account. The Organization or, as applicable, Pool Manager or Cardholder can access the earning and redemption activity associated with their respective Rewards Account by logging into the Rewards Account at cardrewards.truist.com.

The Organization is affirmatively obligated to immediately inform Truist if the Organization believes or has actual knowledge that any one of the following is/are in any way misusing or abusing a Rewards Account(s): (i) any Program Administrator, (ii) any Authorized Officer, (iii) any Authorized Redeemer, (iv) any Cardholder, or (v) any Authorized User. The Organization must not allow an Authorized User or Cardholder to provide or facilitate access to any other person or party regarding a Cardholder Rewards Account. The Organization must immediately report these issues by calling the Rewards Service Center at 800.255.7125; the Organization may also call this number to address other concerns related to Rewards earnings and redemption.

Truist and the Third Party rewards vendor will not be liable for fulfilling Rewards Offering requests that either Truist or the Third Party rewards vendor believes in good faith are made by any person claiming the authority to act on the Organization's behalf. All Rewards Offerings are subject to availability. Truist reserves the right to substitute Rewards Offerings of equal or greater value.

## 5. Rewards Earning Limitations and Forfeiture.

Truist reserves the right to use any Rewards earned by the Organization or Cardholder on Qualifying Purchases to offset past due balances the Organization had regarding the Card Program (including any past due balance on an individual Card). Such deduction will be made at a rate of $0.01 per Rewards point.

The Organization's Rewards Account balance (inclusive of any Cardholder's Rewards Account(s) balance(s)) will be reduced by: (a) returns , (b) credits, (c) Qualifying Purchase which becomes the subject of a chargeback or other dispute unless and until final resolution of the dispute results in a debit to one of the Organization's Card(s), (d) Transactions made with a lost, canceled, stolen, or fraudulent Card, and (e) forfeitures resulting from closure of any Card or the Card Program. In such events, these Transactions will reduce the respective Rewards Account(s) balance and the applicable Rewards Account may, in some cases, reflect a negative Rewards balance. If there was a prior redemption of Rewards for a Rewards Offering that the Organization or Cardholder was not entitled to receive, Truist has the right to adjust the Rewards Account balance accordingly.

Rewards have no cash value and may only be used to obtain Rewards Offerings as offered by Truist in accordance with the Agreement. Rewards may not be combined with other discounts, special rates, promotions, or other reward programs offered by Truist or any third party, including airline frequent flyer, or other travel-related or membership reward charge or credit card programs, unless specifically authorized by Truist. Rewards cannot be transferred, gifted, sold, attached, pledged, or bartered under any circumstance, including disability, death, upon operation of law or in connection with a domestic relations or other legal dispute. Truist may suspend Organization and Cardholder redemption rights of Rewards for any reason, including if there is a dispute between Organization and Truist, or Authorized User(s) and Truist, Cardholder(s) and Truist, or between Organization and any Authorized User with respect to the Card Rewards Program. Truist is not responsible for any disputes Organization may have with the Pool Manager, any Authorized Redeemer(s), any Authorized User, or any Cardholders related to any Rewards Account associated with the Card Rewards Program.

**Exhibit 8**



**Truist Commercial Card Rewards Terms and Conditions**

All accrued Rewards, regardless of whether Organization-level Rewards or Cardholder Rewards, will be forfeited if any of the below occur:

(1) Either the Organization files for bankruptcy or if bankruptcy proceedings have been filed against the Organization;

(2) The Organization closes the Card Rewards Program and any remaining Rewards have not been redeemed within 60 days after the Card Rewards Program is closed; this 60-day period will not apply if, in Truist's sole and absolute discretion, any Card or related account associated with the Card Rewards Program is not in Good Standing;

(3) Truist determines, in its sole and absolute discretion, that the Card Rewards Program is not in Good Standing;

(4) The Organization fails to maintain other Truist relationships in a manner satisfactory to Truist.

If a Rewards Account has a balance less than $5 at the time that respective Card or the Card Program is closed, the Organization understands that these Rewards are of such nominal value that they will be forfeited and are not redeemable. Neither the Organization, Pool Manager, Authorized Redeemer, nor any Cardholder is entitled to compensation of any kind from Truist (or any other entity) if Truist determines that Rewards are forfeited for any reason.

The Organization (including all Pool Managers, Authorized Redeemers, Cardholders) may not (1) earn Rewards by engaging in fraudulent or illegal activity, (2) transfer, sell, trade, gift, pledge, attach or barter Rewards by contract or by operation of law or otherwise with any party other than Truist, or (3) otherwise abuse or fraudulently manipulate any Card or Rewards Account for the primary purpose of generating Rewards that were not earned in accordance with the Agreement. At the sole discretion of Truist, if Truist determines that an enrolled Card, Rewards Account, or the Card Program has been or is being used in a prohibited manner, Truist may immediately terminate the Organization's Rewards Program enrollment and all related point balances may be forfeited without compensation or notice. Other restrictions, limitations, and exclusions may apply.

## 6. Rewards.

### 6(a)  Earning Rewards.

Truist will impose no cap on the amount of Rewards the Organization can earn through use of its Card Program in making Qualifying Purchases.

### 6(b)  Redeeming Rewards for Rewards Offerings.

Organization-level Rewards can be redeemed for Rewards Offerings including statement credit, cash back, gift cards, merchandise, Event Tickets, and travel.

Cardholders can redeem Cardholder Rewards for Rewards Offerings including gift cards, merchandise, Event Tickets, and travel. Cardholders cannot redeem Rewards for a statement credit or cash back.

The Organization and Cardholders, as applicable, can redeem Rewards through the Rewards Website or by calling the Rewards Service Center.

In its sole and absolute discretion, Truist reserves the right to modify, cancel, restrict, suspend, or terminate the Rewards Offerings at any time without prior notice.

### 6(c)  Redeeming Rewards for Cash Back.

Only Organization-level Rewards can be redeemed for cash back. After close of the billing period in which the Rewards are earned, if the Card Program is in Good Standing, upon request, all Rewards are redeemable in U.S. dollars only; Truist imposes a minimum of $5 for cash back redemptions (not to exceed the total Rewards earned, but not yet redeemed, on the Card Program at time of redemption). Organization-level Rewards may be redeemed for (1) a statement credit, or (2) an ACH credit to the deposit account that is designated by the Organization.

• If Rewards are redeemed for a statement credit to the Card Program balance(s), the statement credit processing is typically initiated within five business days. The Organization is still responsible for the monthly payment in any given month that a statement credit is applied against the Card Program balance(s). Rewards redemptions for statement credits may not be applied to the Card Program statement to produce a credit balance for the Card Program.

• Rewards can be redeemed for cash back through an ACH credit to the deposit account that the Organization designates. The ACH credit may be made into a Truist or other financial institution's checking, savings, or money market account.

• If Rewards are redeemed through an ACH deposit into a Truist or other financial institution's checking, savings, or money market account, the cash back redemption(s) will typically be initiated within five business days.

### 6(d)  Expiration of Rewards.

Rewards do not expire.

## 7. Merchandise and Gift Card Rewards Offerings.

Rewards may be redeemed for merchandise and gift cards from the Rewards Website or by calling the Rewards Service Center. These types of Rewards Offerings are subject to availability. Truist may change the Rewards Offerings selection and the number of Rewards needed to obtain certain Rewards Offerings at any time. Merchandise and gift card Rewards Offerings are offered and provided by independent manufacturers and include applicable sales tax and shipping and handling costs. Truist and the Third Party rewards vendor have no responsibility or liability for such products.

**Exhibit 8**

**Truist Commercial Card Rewards Terms and Conditions**

All merchandise orders are subject to availability and Truist reserves the right to substitute merchandise of equal or greater value. The merchandise shown on the Rewards Website may not reflect the exact colors or model numbers of the actual Rewards Offerings due to manufacturer's model or style updates or due to the photo used as a representation of the merchandise. Purchase protection or extended warranty coverage associated with the Card Program does not apply to Merchandise Rewards Offerings.

Merchandise Rewards Offerings are shipped prepaid and cannot be returned or exchanged unless the merchandise arrived damaged, defective, or if the wrong item was shipped. Returns and exchanges will only be accepted within 30 days after receipt of the merchandise. Pool Manager, Authorized Redeemer, or Cardholder should call the Rewards Service Center for return/exchange authorization and assistance. The Rewards used to redeem merchandise Rewards Offerings will be credited back to the Rewards Account if the Rewards Offering is returned in a timely fashion and in accordance with the procedures described above.

Gift cards are not exchangeable, refundable, or redeemable for cash or credit under any circumstances and are not valid on previous purchases. Lost or stolen gift cards cannot and will not be replaced. Truist is not responsible for gift cards lost or stolen while in transit.

Most merchandise Rewards Offerings can be shipped within 48 hours from receipt of order; however, some merchandise Rewards Offerings may take up to 5 days to process, and may take 4-6 weeks for delivery.

Merchandise and gift card Rewards Offerings can be shipped to any address that is designated as long as it is a valid street address within the continental United States (i.e., excluding Alaska, Hawaii, Puerto Rico, P.O. Boxes, and APO/FPO addresses). Requests for rush shipping, if available, are subject to additional shipping charges. All claims regarding non-receipt of redeemed merchandise Rewards Offerings must be reported to the Rewards Service Center within 90 days of redemption.

Complete details about shipping, including information about direct shipments from suppliers, large freight items, damaged or incomplete shipments, and details about exchanges and refunds can be found on the Rewards Website or by calling the Rewards Service Center.

All brand names are the trademarks and property of their respective owners and are used with permission.

## 8. Travel Rewards Offerings.

Rewards can be redeemed for travel Rewards Offerings including air, hotel, cruises, and car rentals. Certain restrictions and limitations may apply. Once Rewards redemptions for travel Rewards Offerings are processed by Truist (or the Third Party rewards vendor), the redemption cannot be reversed.

Redemptions for travel Rewards Offerings may be made using the Rewards Service Center; this service will be subject to a service fee of $25 at the time of booking. Rewards redemptions for travel Rewards Offerings executed on the Rewards Website will not be subject to any booking service fees.

The traveler is responsible for obtaining the appropriate international travel documentation such as passports or visas. Visit travel.state.gov for passport and visa requirements. Truist assumes no responsibility for advising guests of proper travel documentation.

### 8(a)   Air Travel redemptions.

- There are no blackout dates. Travel is subject to availability. Participating air carriers are subject to change. All airline rules and restrictions apply (check requirements when booking). Tickets may be purchased in any individual's name.

- Miscellaneous costs, including baggage and airport/airline fees and surcharges, government imposed fees, gratuities, insurance, and airline amenities are the individual traveler's responsibility. Tickets will be non- refundable and non-transferable.

- All returns, exchanges, and cancellations should be handled directly with the airline. The airline may charge fees plus the difference in airfare for any such changes; these are the individual traveler's responsibility.

- All tickets are issued as electronic tickets. All tickets must be issued at the time of booking and reservations will not be held. Before completing the order, please confirm that all information is accurate. All airline redemptions are non-refundable and non-transferable.

- If there are not sufficient Rewards in the Rewards Account to cover the entirety of the airline ticket(s) sought to be redeemed, the Pool Manager, Authorized Redeemer, or Cardholder may contact the Rewards Service Center and complete the travel redemption using a Card to supplement the difference.

- A Cardholder may use the Rewards Service Center to purchase additional airline tickets (i.e, not using Rewards) through a major airline carrier provided that the fares, schedules, and ability to generate a ticket are available through the Rewards Service Center. This service will be subject to a service fee of $25 that is due at time of booking.

- All travel itineraries and supporting documentation will be sent via email to the email address designated by the individual who redeemed the Rewards and as was provided to the Rewards Service Center at the time of booking.

- Reservations for tickets also exclude the use of charters, wholesalers, consolidators, and any internet fares that are not published, not available through the Rewards Service Center, or not available for ticketing through a certified travel agency.

- Once Rewards are redeemed, the redemption cannot be reversed. If changes to an itinerary are necessary later, the Cardholder or Pool Manager (as applicable) may contact the Rewards Service Center with the request up to 5 days prior to the travel date. Based on airline requirements, changes may require additional costs such as airline penalty fees, increased fares, and service fees; these are the individual traveler's responsibility. Most airlines will not allow traveler name changes.

**Exhibit 8**



• Each traveler should re-confirm flight reservations and departure times with the airline within 72 hours prior to departure. All reservations are subject to the rules, restrictions, and conditions of the service provider; these include exclusions and limitations of liability.

• Each traveler must have valid government-issued photo ID upon airport check-in.

• Airline ticket awards may not be used in conjunction with any type of coupons, vouchers, other mileage programs or companion fares.

• Truist and the Third Party rewards vendor are not responsible for any of the following: (a) communicating any airline schedule changes or cancellations or (b) the performance or non-performance of the airline.

### 8(b) Hotel Stay redemption.

Rewards may be redeemed for hotel stay Rewards Offerings at over 325,000 hotels worldwide. Hotel stay Rewards Offerings may be booked through the Rewards Service Center. Eligibility requirements established by the hotel provider must be met.

• Most hotels allow cancellation with a minimum of a 24-hour notice. Please see the specific hotel/rate cancellation policy at the time of booking. Cancellations may include penalties and the hotel may also charge the traveler a cancellation service fee (in the hotel's discretion). Refunds for cancellations may take up to 3 to 4 weeks.

• Hotels do not allow changes to dates, names, room type and number of occupants once booking is processed/completed.

• Truist and the Third Party rewards vendor are not responsible for the performance or non-performance of any hotel provider.

### 8(c) Cruise redemptions.

• Cruise package redemptions may only be booked through the Rewards Service Center.

• All cruise redemption requests must be made at least 30 days prior to sailing date or additional fees may be incurred.

• All cruise Rewards Offerings are based on double occupancy for a cabin. Each traveler must meet the eligibility requirements established by the cruise provider.

• Participating cruise lines are subject to change at any time without notice.

• Changes may be made up to 90 days prior to sailing (120 days for holiday and special event cruises) for a $100 change fee, plus any fees imposed by the cruise line. Changes under 90 days (120 days for holiday and special event cruises) may result in forfeiture of the Rewards and the Third Party supplier may charge additional fees; in this case, Truist is not responsible for the fee(s) charged by the supplier. In addition, if any traveler is a no-show, the travel Rewards Offering redemption will be considered fulfilled and no refund, change, or exchange of any kind or amount will be provided.

• Cruise packages that have been booked may not be cancelled and are not eligible for any refund in part or whole. No interim price reductions will be considered or offered once the booking has been completed.

• Truist and the Third Party rewards vendor are not responsible for any of the following: (a) communicating any cruise line schedule changes or (b) the performance or non-performance of any cruise line.

### 8(d) Vacation Package redemptions.

• Vacation package redemptions may only be booked through the Rewards Service Center.

• Each traveler must meet the eligibility requirements established by the travel provider.

• Vacation packages that have been booked may not be cancelled and are not eligible for any refund in part or whole. No interim price reductions will be considered or offered once the booking has been processed/completed. After booking, any additional special handling or other custom requests may result in the Third Party supplier imposing additional fees; in this case, Truist is not responsible for the fee(s) charged by the supplier.

• Bookings made less than 30 days prior to a travel date will result in the imposition of a special handling fee (by the Third Party rewards vendor) for each traveler in addition to other fees imposed by the travel provider.

• Truist and the Third Party rewards vendor are not responsible for any of the following: (a) communicating a vacation package schedule changes or (b) the performance or non-performance of any travel provider used in a vacation package.

### 8(e) Car Rental redemptions.

• Check with the car rental agency for details about upgrades, age limitations, fuel surcharges, one-way rentals or pets (as additional fees may apply and be imposed by the car rental agency). If the confirmed rate does not include local taxes, airport fees, or state surcharges, the traveler must pay those charges at the time of rental. Some airports assess an airport access fee when the traveler exits the airport.

**Exhibit 8**



**Truist Commercial Card Rewards Terms and Conditions**

• Each vehicle renter must present a valid national driving license.

• If a car is rented in the continental United States, there may be special considerations if the renter plans to drive across the border into Canada or Mexico. Check with the car rental agency for details and applicable restrictions/limitations.

• No refunds will be provided for unused rental time.

• Truist and the Third Party rewards vendor are not responsible for the performance or non-performance of any car rental provider or rental vehicle.

## 9. Event Ticket Rewards Offerings.

### 9(a) Order Acceptance and Cancellation.

Pool Manager, Authorized Redeemer, or Cardholder may have the opportunity to redeem Rewards for tickets to events like concerts, sporting events and the theater ("Event Ticket(s)"). Receipt of an electronic or other form of an order confirmation does not signify our acceptance of the order. Truist reserves the right at any time after receipt of the order to accept, decline, or limit the order for any reason, regardless of whether Rewards have been redeemed or the Card Program has been charged.  If Rewards have been redeemed or a Card has been charged and the order is canceled, a refund credit will be received to the Card Program. Truist reserves the right at any time after receipt of the order, without prior notice, to supply less than the quantity order of any item.

Once an Event Tickets order has been placed, it cannot be canceled unless: (a) the person who redeemed the Event Tickets order has chosen physical delivery of tickets (e.g., through the mail) and (b) the shipment of the physical Event Ticket (s) is unavoidably delayed. In this case, Truist will attempt to cancel the order (if requested). Truist, in its sole discretion, shall determine what constitutes an unavoidable delay in a given situation.

Additionally, if the Event Tickets order requires tickets or vouchers to be picked up at any will-call office, the order shall be deemed accepted upon receipt of order confirmation. Failure to pick up an order as described at the time of purchase shall not be deemed a rejection of the order and the Organization is not relieved of any payment(s) or purchase charge(s) for such order.

If confirmation is not received (in the form of a confirmation page, email, or other form of an order confirmation) after submitting payment information, or if an error message or service interruption is received after submitting payment information, the Pool Manager, Authorized Redeemer, or Cardholder (as applicable) must contact the Rewards Service Center to determine whether the order has been received and processed.

Truist and the Third Party rewards vendor are not responsible for Event Tickets orders that are not processed or accepted. Truist and the Third Party rewards vendor are not responsible for any losses (monetary or otherwise) if the Pool Manager, Authorized Redeemer, or the Cardholder (as applicable) failed to contact the Rewards Service Center but later claims to have placed an Events Ticket order and not received an order confirmation.

### 9(b) Changes in Products and Pricing: Incorrect Pricing of Placed Orders.

Event Tickets are updated regularly. Events Ticket Rewards Offerings can be discontinued at any time without notice. By participating in the Rewards Program, Organization agrees that the Rewards Website is intended to identify the immediately available Event Tickets Rewards Offerings, but that tickets may become unavailable by the time an order is submitted. This is not a basis for any claim against Truist.

All pricing for Event Tickets available on the Rewards Website are subject to change. Before an order for Event Tickets is made, pricing adjustments (i.e., the number of Rewards required to redeem or the cost of purchase and processing fees) are possible, whether due to change market conditions, product discontinuation, manufacturer price changes, errors in advertisements, or any other extenuating circumstances. Prices for Event Tickets can change at any time and without prior notice. Consult the Rewards Website for the most current pricing information.

If the amount charged for an Event Ticket or voucher is incorrect, regardless of the cause of the pricing error, Truist and the Third Party rewards vendors shall have the right to cancel that order or ticket. In this instance, Organization will either: (i) receive a refund equal to the Rewards used to redeem the Event Ticket(s) or the amount of money paid; or (ii) Event Ticket(s) will be offered at the current price. If the Organization believes that the current Event Ticket price is unacceptable, the order may be canceled and a refund will be issued.

### 9(c) Miscellaneous Fees: Restrictions on Use of Event Tickets.

Service, processing, and miscellaneous fees may be applicable to Event Ticket. Event Tickets may also contain restrictions on their use (e.g., cannot be resold on day of event). Fee information will be displayed prior to purchase or order of Event Tickets. These fees may appear in the "Taxes and Fees" section of the order confirmation.

### 9(d) Refunds and Exchanges.

Before purchasing Event Tickets, carefully review the event details, date, location, seat selection, and other pertinent information. Many providers of Event Tickets and the venues themselves prohibit exchanges or refunds after a ticket has been purchased, even if tickets are (or are alleged to be) lost, stolen, damaged, or destroyed. After an order has been placed, it cannot be cancelled (absent unavoidable delay of physical ticket delivery) or changed under any circumstances, except as Truist or the Third Party rewards vendors may permit in their sole discretion. If and when a refund, change, or cancellation is permitted, a fee equal to 10% of the total order price (excluding taxes) may be assessed. Regardless of whether an event is cancelled due to personal circumstances, or due to any other reason (e.g. venue or performer related), Organization is responsible for any travel expenses and any other expenses that are incurred by a Pool Manager, Authorized Redeemer, or Cardholder (as applicable) related to attending an event.

**Exhibit 8**



**9(e) Preferred Access Ticket-Specific Terms & Conditions.**

Organization acknowledges that Third Party rewards vendors may participate in the practice of purchasing tickets from their primary market (e.g. from the event venue, performer, team or Ticketmaster) and reselling them in a secondary market at a price that may be either higher or lower than the "face value" listed on the ticket (each a "Preferred Access Ticket"). Organization understands that the tickets sold through the Rewards Program may be Preferred Access Tickets and therefore, may not reflect the original "face value" of the ticket.

Neither Truist nor the Third Party rewards vendor owns the Preferred Access Tickets advertised on the Rewards Website or sets the prices for these tickets. Neither Truist nor the Third Party rewards vendors have any control over any Third-Party Sellers or their business practices. Organization understands that Truist is not acting as a primary seller, box office, or operating agent for tickets.

Organization must instruct each Pool Manager, Authorized Redeemer, and Cardholder who redeems Rewards for Event Tickets to read the complete listing regarding a given event or ticket offering before making a purchase. Truist does not guarantee the accuracy of any information provided by Third-Party Sellers. Truist will process payment for any purchases made through the Rewards Website and facilitate delivery of a confirmation of purchase of Preferred Access Tickets in accordance with the terms of that particular ticket offering. Preferred Access Ticket redemptions cannot be changed or cancelled at any time or for any reason, except as explicitly described herein.

Truist may charge service, shipping, delivery, fulfillment, and other fees for Preferred Access Tickets purchased through the Rewards Website (the "Preferred Access Ticket Fees"). The Preferred Access Ticket Fees will be explained prior to purchase. Truist reserves the right to change the Preferred Access Ticket Fees at any time, in its sole discretion. The Preferred Access Ticket Fees may not be refundable except as explicitly described herein. Truist reserves the right to change the delivery method, at its sole discretion, in order to ensure delivery prior to the scheduled event.

**9(f) Order Confirmation; Processing.**

Shortly after placing an order for Preferred Access Tickets, an email confirming receipt of the order will be sent (the "Confirmation Email") to the email address designated by the individual who redeemed the Rewards and as was provided to the Rewards Service Center at the time of booking. Please understand that the Confirmation Email does not actually secure any tickets. Once tickets have been secured, a second email will be sent that either provides the tickets or explains how to receive them (the "Ticket Delivery Email"). The tickets purchased and fulfillment method selected will determine whether electronic or physical tickets will be sent. If physical tickets are sent, (i) they may be delivered directly to recipient, (ii) third-party delivery may need to be arranged, or (iii) pick-up may be required at a will-call office or from the Third-Party Seller. Similarly, electronic tickets may be delivered directly via email or access may be required through a third-party's electronic wallet. If an order is placed, but a Confirmation Email or Ticket Delivery Email is not sent, the Pool Manager, Authorized Redeemer, or Cardholder (as applicable) must contact the Rewards Service Center to check on the order status. The order may be finalized even if a Confirmation Email or Ticket Delivery Email is not sent. Do not make assumptions about an order because an email was not sent. Orders may not be cancelled due to problems with receipt or emails.

**9(g) Preferred Access Ticket Availability.**

All orders are subject to availability. Occasionally tickets ordered may no longer be available at the price or in the quantity originally ordered at the time the order is received. Truist reserves the right to replace tickets with comparable or better tickets if the originally-ordered tickets are no longer available. If no alternates are available, neither the Rewards Account nor the Card will be charged or any charges will be refunded and Rewards reinstated. If this occurs, the Third Party rewards vendor will make this determination and will notify the Organization of any such determination. Truist reserves the right to cancel any order and provide a full refund (including any Preferred Access Ticket Fees) at any time for any reason prior to the scheduled event.

**9(h) Event Cancellation, Postponement, and other Event Changes.**

A full refund (including any Preferred Access Ticket Fees) will be received in the form of points added back into the Rewards Account for the purchase of an Event Ticket if the event is cancelled and not rescheduled or the event is contingent on factors unknown at the time of an order or purchase (e.g., outcome of a playoff game) Truist has an absolute right to cancel any orders and provide a full refund (including any Preferred Access Ticket Fees) if new tickets are required for an event. Be advised that refunds may not be available until an event is ultimately cancelled (as opposed to being postponed). Truist is not responsible for partial performances, venue changes, line-up changes, or date and time changes of ticketed events and Truist may decline refund requests under such circumstances.

**9(i) Additional Information: Preferred Access Ticket Refunds & Substitutions.**

Subject to Truist's discretion, a full refund in the form of points added back to the Rewards Account will be received for purchase of Preferred Access Tickets under the following circumstances: (a) Preferred Access Tickets are not received before the scheduled event; (b) the event is cancelled and not rescheduled; or (c) Preferred Access Tickets turned out to be non-genuine or invalid for entry to the event. In such a case and in Truist's discretion, Truist will provide either a full refund or comparable tickets.

If Preferred Access Tickets are not received before the scheduled event, please notify Truist as soon as possible by contacting the Rewards Service Center. The Organization (including the Pool Manager, Authorized Redeemer, or Cardholder, as applicable) is responsible for notifying Truist prior to the scheduled event. In Truist's sole discretion, Organization (including the Pool Manager, Authorized Redeemer, or Cardholder, as applicable) may be ineligible for a refund based on a claim of non-delivery of tickets. Upon notice of non-delivery or delivery delay, Truist will, in its sole discretion, attempt to locate and facilitate delivery of tickets, provide comparable replacement tickets at no additional cost, or issue a full refund in the form of points added back to the Rewards Account (including any Preferred Access Ticket Fees).

If tickets are received that the Organization (or Pool Manager, Authorized Redeemer, or Cardholder, as applicable) believes are not comparable to the tickets ordered, Truist must be notified within 24 hours of receipt of those tickets. If Truist is not notified within 24 hours of receipt of replacement tickets, Organization (including the Pool Manager, Authorized Redeemer, or Cardholder, as applicable) may be ineligible for a refund. If timely notice is provided, in its sole discretion, Truist may either provide comparable replacement tickets or issue a full refund (including any Preferred Access Ticket Fees). Truist may also require that tickets received be returned to obtain a refund. In this case, the Organization (including the Pool Manager, Authorized Redeemer, or Cardholder, as applicable) should call the Rewards Service Center at 800.255.7125 for assistance.

G2024091020004

2041

**Exhibit 8**



Whether replacement tickets are "comparable" shall be determined by Truist in its sole discretion. Truist may consider cost, quality, availability, and other factors. In issuing replacement tickets for tickets with seats next to one another, Truist will attempt to keep seating together for any replacement tickets. However, this may not be feasible.

No exchanges or refunds will be provided for lost, stolen or destroyed Preferred Access Tickets (unless Truist determines it is responsible for any loss or destruction). Once tickets are delivered, Organization (including Pool Manager, Authorized Redeemer, or Cardholder, as applicable) is solely responsible for ensuring the accuracy and security of the Preferred Access Tickets. No exchanges or refunds shall be provided in the event it is determined that Organization (including Pool Manager, Authorized Redeemer, or Cardholder, as applicable) failed to comply with the terms and conditions contained herein, provided on a ticket, or by an event provider.

### 9(k) Shipping Policy.

Tickets may be issued electronically or physically delivered through a variety of shipping options, which are described in the shipping/delivery or terms and conditions section located on the checkout page of the Rewards Website. Shipping prices are quoted in United States dollars. "Cash on delivery" orders are not accepted. Consider the estimated shipping time frame listed on the checkout page, which may vary from item to item and is contingent on the chosen shipping method. It is understood that, by placing an order for either electronic or physical tickets, the chosen shipping method is agreed to. Truist and the Third Party rewards vendor are not responsible for or liable for the performance (or non-performance) of any shipping carrier and is not liable for any loss, damage, expense, or delays of the tickets or goods shipped.

### 9(l) Advertising Disclaimer and Trademarks.

The descriptions of products and services that are posted on the Rewards Website are the representations of the given event providers. Truist is not responsible for the accuracy of these descriptions, typographical errors, pricing errors, product information, or advertising errors.

All trademarks and registered trademarks relating to tickets, events and Event Tickets offerings available through the Rewards Website are the sole property of their respective owners.

### 9(m) Ticket-Holder Behavior Policy: Ejection and Cancellation.

Each venue reserves the right to refuse admission to or eject any person or group of people whose conduct, language or behavior is deemed disorderly, profane, vulgar, offensive, threatening, and/or abusive. The Event Ticket holder and party may also be ejected or refused entry to a venue for failing to comply with that venue's rules or policies. It is the Organization's responsibility to require each Pool Manager, Authorized Redeemer, or Cardholder (as applicable) to review and understand the policies and rules of a venue at which a ticket is purchased. If the ticket holder or anyone in the party is refused entry or rejected from a venue, no refund will be provided. The Organization shall be responsible for any incidental or consequential expenses incurred relating to that event (e.g. funds spent on transportation, preparations for event, etc.).  Additionally, no refunds will be provided if the Organization (including Pool Manager, Authorized Redeemer, or Cardholder, as applicable) violates (or is suspected of violating) any terms and conditions of the Rewards Program or Rewards Website, including if such violation or suspected violation results in an ejection or refusal to enter a venue.

## 10. Assumption of the Risk & Waiver of Liability – Travel Rewards, Event Ticket Rewards & Merchandise Rewards.

Organization hereby assumes all risks associated with acceptance, use, or misuse of any Rewards Offering by each and every Pool Manager, Authorized Redeemer, or Cardholder (as applicable), including but not limited to merchandise, air travel, hotel stays, cruises, vacation packages, car rentals, and event tickets.  It is further agreed that participation in any activities associated with or as a result of use of Rewards Offerings is at the sole risk of the Organization and decisions as to whether or how participation in Rewards Offerings happens shall be entirely the responsibility of the Organization (on behalf of each and every Pool Manager, Authorized Redeemer, or Cardholder). By redeeming or allowing any Pool Manager, Authorized Redeemer, or Cardholder to use any Rewards Offering, the Organization is certifying that the recipient is in good health and has/have no physical or mental condition(s) that would prevent, or present risk to, participating in or receiving these types of Rewards Offerings.

THE ORGANIZATION (ON BEHALF OF EACH AND EVERY POOL MANAGER, AUTHORIZED REDEEMER, AND CARDHOLDER) EXPRESSLY AND VOLUNTARILY ASSUMES RESPONSIBILITY FOR ALL RISK OF PERSONAL INJURY, DEATH, DAMAGES OF ANY KIND PHYSICAL OR PERSONAL, OR LOSS THAT MAY BE SUSTAINED RELATED TO ANY REWARDS OFFERINGS AND ANY SUCH PERSONAL INJURY, DEATH OR LOSS ASSOCIATED IN ANY WAY WITH ANY REWARDS OFFERINGS, EVEN IF SUCH PERSONAL INJURY, DEATH, DAMAGES OF ANY KIND PHYSICAL OR PERSONAL, OR LOSS IS CAUSED, IN WHOLE OR IN PART, BY THE NEGLIGENCE OR GROSS NEGLIGENCE OF TRUIST OR THE THIRD PARTY REWARDS VENDOR(S). For purposes of clarity, the term "loss" shall mean all damages, losses, costs, and injuries of every kind and character, including, but not limited to, all economic damages, physical or property damages, loss of business opportunities, embarrassment, emotional distress, mental anguish, loss of consortium, loss of services, loss of companionship, and loss of employment. It is understood that the Organization is liable for any injury or damage caused, or claimed to be caused, by participating in or receiving any Rewards Offerings.

In consideration of participating in or receiving any Rewards Offerings, the Organization agrees, on behalf of its Authorized Users, Authorized Redeemers, Cardholders, representatives, relatives, heirs, assignees, successors, executors, and administrators, to permanently, irrevocably, and forever release, indemnify, discharge and hold harmless Truist, the Third Party rewards vendors, and their respective parent corporations, members, subsidiaries, affiliates, directors, officers, employees, agents, representatives, successors, distributors, partners, licensees and assigned, and any entity or person connected with the Rewards Program from and against any and all actual and potential, known and unknown, suspected and unsuspected claims, demands, causes of action, liabilities and damages for personal injuries, death, damage or loss to personal property, or other harm or loss of any nature whatsoever sustained in connections with any Rewards Offerings. IT IS FURTHER AGREED THAT THE ORGANIZATION WILL INDEMNIFY AND HOLD HARMLESS TRUIST AND THE THIRD PARTY REWARDS VENDOR(S) FROM AND AGAINST ALL CLAIMS, ALLEGATIONS, LAWSUITS, LIABILITIES, LOSSES, AND ANY KIND OF PROPERTY DAMAGES, PECUNIARY DAMAGES, PHYSICAL DAMAGES, EMOTIONAL OR PERSONAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ALL COURT COSTS AND ATTORNEYS' FEES ARISING OUT OF, CONNECTED WITH, OR AS A RESULT OF ANY (OR ALL) OF THE FOLLOWING: (I) ANY BREACH OR ALLEGED BREACH OF THESE REWARDS TERMS AND CONDITIONS; (II) THE ORGANIZATION OR AUTHORIZED USER'S PARTICIPATING IN OR RECEIVING ANY REWARDS OFFERINGS; (III) ORGANIZATION OR AUTHORIZED USER'S ACCEPTANCE AND USE OF ANY REWARDS OFFERINGS; (IV) ANY USE OF ANY REWARDS OFFERINGS BY TRAVEL COMPANION(S) OR GUEST(S) ACCOMPANYING ON REWARDS OFFERINGS; AND (V) ANY CHANGE IN ANY REWARDS OFFERINGS.

## Exhibit 8

 **TRUIST** **Truist Commercial Card Rewards Terms and Conditions**

THE AFOREMENTIONED INDEMNIFICATION CONTINUES EVEN IF THE COMPLAINT(S), CLAIM(S), OR ALLEGATIONS(S) ARISE(S) OUT OF THE NEGLIGENCE OR GROSS NEGLIGENCE OF TRUIST OR THE THIRD PARTY REWARDS VENDOR(S), IN WHOLE OR IN PART, INCLUDING, WITHOUT LIMITATION, ALL CLAIMS BROUGHT ON OR ASSERTED BY ANY THIRD PARTY AS A RESULT OF ANY PERSONAL INJURY, DEATH, ANY KIND OF PROPERTY DAMAGES, PECUNIARY DAMAGES, PHYSICAL, EMOTIONAL OR PERSONAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, ALL COURT COSTS AND ATTORNEY'S FEES), OR OTHER LOSS(ES) THAT MAY BE SUSTAINED. IT IS ACKNOWLEDGED AND UNDERSTOOD THAT BY REDEEMING ANY REWARDS OFFERINGS THAT THE ORGANIZATION FOREVER LOSES AND WAIVES ANY RIGHT(S) THEY MAY NOW HAVE, HAVE HAD, OR MAY LATER HAVE TO ANY CLAIM, LAWSUIT, OR COMPLAINT AGAINST OR CONCERNING ANY OF THE RELEASED PARTIES BECAUSE OF ANY ACTUAL OR ALLEGED PERSONAL INJURY, DEATH, ANY KIND OF PROPERTY DAMAGES, PECUNIARY DAMAGES, PHYSICAL DAMAGES, EMOTIONAL OR PERSONAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ALL COURT COSTS AND ATTORNEY'S FEES, OR OTHER LOSS(ES) THAT THE POOL MANAGER(S), AUTHORIZED REDEEMER(S), AUTHORIZED USER(S), CARDHOLDER(S), OR ANY GUESTS/TRAVEL COMPANIONS MAY SUSTAIN WHILE USING OR PARTICIPATING IN ANY REWARDS OFFERINGS THAT ARE REDEEMED, ANY CHANGE IN ANY REWARDS OFFERINGS, OR USE OF ANY REWARDS OFFERINGS, EVEN IF SUCH PERSONAL INJURY, DEATH, DAMAGES OF ANY KIND, OR LOSS(ES) RESULTS IN WHOLE OR IN PART FROM OR IS CAUSED BY THE NEGLIGENCE OR GROSS NEGLIGENCE OF THE THIRD PARTY REWARDS VENDOR(S) OR TRUIST.

## 11. Customer Service/Error Resolution.

If the Organization or Cardholder believes there has been an error, such error must be reported to Truist promptly and always within 60 days after the date the Qualifying Purchase or any subsequent adjustment is posted to the Rewards Account. Truist is not liable for any error after that time period. After that time period, the Rewards Account will be deemed accurate. Rewards Account errors are not billing errors under the Card Program or the Agreement. Truist's decision about any error will be final.

If there are any questions regarding: (1) the number of Rewards in the Rewards Account; (2) whether and what amount of Rewards were or should have been earned from a particular Qualifying Purchase; (3) the status of any requested Rewards Offering redemption; and/or (4) Any Rewards Offerings redemption posted to the Rewards Account, call the Rewards Service Center at 800.255.7125.

Remember, it is the responsibility of the Organization or Cardholder to regularly monitor the Rewards Account. If it is believed that there has been any error or unauthorized activity in the Rewards Account, it must be reported to Truist promptly, but always within 60 calendar days after the date that: (1) a Qualifying Purchase is posted to the Rewards Account; (2) any adjustment of Rewards earned from a Qualifying Purchase is posted to the Rewards Account, whether or not the adjustment is initiated by Truist, the Third Party rewards vendors, or the result of the Organization or Cardholder contacting Truist; (3) the Rewards Offerings redemption is posted to the Rewards Account; or (4) any adjustment of the Rewards Account balance is made, whether or not the adjustment is initiated by Truist, the Third Party rewards vendors, or the result of the Organization (or Pool Manager, Authorized Redeemer, or Cardholder, as applicable) contacting Truist.

Neither Truist nor the Third Party rewards vendors will be liable for any errors or unauthorized activity in the Rewards Account after this 60-day time period expires. After the 60-day time period expires, the Rewards Account shall be deemed accurate. Truist's decision about any error or alleged unauthorized activity in the Rewards Account will be final.

Irrespective of the language in this section of these Rewards Terms and Conditions, the Organization is hereby advised that Rewards Account errors are not billing errors under the Card Program, the Agreement, or Regulation Z of the Truth in Lending Act.

## 12. Taxes.

Earning Rewards and redemptions for Rewards Offerings may be subject to income or other taxes. Any applicable federal, state, or local tax obligations related to participation in the Rewards Program are the responsibility of the Organization. Please consult a tax advisor concerning any such income or other tax consequences.

## 13. Audits/Disqualification.

Truist reserves the right to audit the Card Program for compliance with these Rewards Terms and Conditions. If Truist's audit reveals any Rewards discrepancies, the awarding of Rewards and the redemption for Rewards Offerings may be delayed until such discrepancies are resolved. Truist reserves the right to disqualify the Organization (including any Pool Manager, Authorized Redeemer, or Cardholder) from participation in the Rewards Program and close the Card Program if, in Truist's sole judgment, the Card Program is not in Good Standing, false information has been provided, or the Organization has in violated any of the terms and conditions of these Rewards Terms and Conditions or the Agreement. Such disqualification may be temporary or permanent and may result in the forfeiture of any accumulated Rewards. Truist reserves the sole discretion to interpret and apply these Rewards Terms and Conditions. All determinations by Truist will be final.

## 14. Changes.

Truist may, from time to time and in Truist's sole discretion, amend, delete or add to the terms of these Rewards Terms and Conditions and may change or limit any aspect of the Rewards Program and its restrictions, benefits, or features, in whole or in part. Such changes may be retroactive as allowed by applicable law. Changes may include, but are not limited to, the number of Rewards required to earn Rewards Offerings, the type of Transactions that qualify for Rewards, the type or value of Rewards Offerings, the availability of Rewards Offerings, the imposition of an annual Rewards Program membership fee, the increase of any fees associated with the Rewards Program, or the number of Rewards that may be earned or purchased. Accumulation of Rewards does not give the Organization (including Authorized Redeemers or Cardholders) any vested rights and Organization may not rely upon the continued availability of any Rewards Offerings.

## 15. Disclaimer of Liability.

Truist and its Third Party rewards vendors and their respective affiliates, directors, officers, employees, agents, or contractors make no representations or warranties, either express or implied, including those of merchantability, fitness, or intended use or a particular purpose and otherwise arising by law, custom, usage, trade practice, course of dealing or course of performance. The Organization releases Truist, the Third Party rewards vendors, and their third party service providers, and their respective affiliates, directors, officers, employees, agents, or contractors for all activity in connection with the Rewards Program and the Rewards Website, including but not limited to use of the Rewards Program and Rewards Website, and any redemption or attempted redemption for Rewards Offerings through the Rewards Program or Rewards Website.

**Exhibit 8**



**Truist Commercial Card Rewards Terms and Conditions**

## 16. Indemnification.

The Organization agrees to indemnify Truist, the Third Party rewards vendors, and their third party providers and their respective affiliates, directors, officers, employees, agents or contractors, and hold them harmless from and against any loss, damage, liability, cost or expense of any kind (including attorneys' fees) arising from each and every Authorized User's (including Authorized Redeemers and Cardholders) use of the Rewards Program or Rewards Website, and also for all fraud, unauthorized use, or misuse by of the Rewards Program, the Rewards Account(s), and Rewards Website, violation of these Rewards Terms and Conditions or the Agreement, or violation of any applicable law or the rights of any third party.

## 17. Additional Credits (Not applicable to all Card Programs or Product Types).

### 17(a) Airline Incidental Credit/Travel Experience Credit.

- These benefits only apply to the Truist Executive Card and Truist Preferred One Card within the Card Program. These benefits apply differently based on Product Type:

   o For Truist Preferred One Cards (Travel Experience Credit) – The Organization can earn a maximum total (in aggregate) of $400 in statement credit(s) per calendar year based on all Qualifying Purchases on the Truist Preferred One Card.

   o For Truist Executive Cards (Airline Incidental Credit) - Each Truist Executive Card used under the Card Program, can earn a maximum total (in aggregate) of $400 in statement credit(s) per calendar year based on all Qualifying Purchases made on the respective Truist Executive Card(s).

- To be eligible for earning these Credits, the Qualifying Purchases must be made using either a Truist Preferred One Card or Truist Executive Card at participating merchants. The following examples are purchases/fees/services that participating travel merchants may charge and that could be the type of Qualifying Purchases for which these credits may be earned:

   o Airline Defined Fees: baggage fee, change fee, in-flight entertainment, lounge fees, on-board meal/beverage (purchased on/through the airline carrier), passenger assistance fee, pet fees, seat fees, standby fees, service fees, upgrade fees, and wifi fees if provided by the airline carrier.

- The Truist Preferred One Card Travel Experience Credit includes Qualifying Purchases for MCC 4121 (Taxi/Limousines).

- For purposes of these credits only, "merchant" shall refer to a retailer, business, or any other place where the Organization (or the Authorized User) makes an eligible Qualifying Purchase. Each merchant is assigned a Merchant Category Code ("MCC") that indicates the merchant's area of business. Truist uses MCCs to determine whether eligible purchases qualify for these credits. We do not assign or have any control over what MCC is assigned to a given merchant; the MCCs are chosen and assigned by a third party and that third party may change the MCCs from time to time. When the Organization (or the Authorized User) makes a purchase at a merchant, we are provided the MCC for that merchant at the time of the transaction. The Organization (or the Authorized User) may believe that a purchase at a given merchant qualifies for one of these credits, but Truist generally relies on the MCC applied to the merchant to make that determination. However, Truist may use its sole reasonable discretion in determining whether a purchase qualifies toward earning a credit.

- If Truist determines that a credit has been earned by the Organization, Truist will apply the credit as a statement credit to the Organization's (or, as applicable, Cardholder) Card under the Card Program.

- Please allow 6-8 weeks after an eligible Qualifying Purchase is made for the statement credit to be posted to the Organization's Card Program.

- The Organization's Authorized User must complete the Global Entry® or TSA PreCheck™ (or both, as applicable) application(s) and pay the application fee(s) using either a Truist Executive Card or Truist Preferred One Card.

   o Global Entry® is a U.S. Government program, operated by U.S. Customs and Border Protection (CBP). Visa and Truist have no control over the program including, but not limited to, application, approval process or enrollment, fees charged by CBP, and no liability with regards to the Global Entry® program. For complete details on the Global Entry® program, including full terms and conditions, go to http://www.cbp.gov/global-entry/about.

   o TSA PreCheck™ is a U.S. Government program administered by the Transportation Security Administration ("TSA"), a component of the U.S. Department of Homeland Security ("DHS"). Visa and Truist have no control over the program including, but not limited to, application, approval process or enrollment, fees charged by TSA, and no liability with regards to the TSA PreCheck™ program. For complete details on the TSA PreCheck™ program, including full terms and conditions, go to https://www.tsa.gov/precheck. The TSA PreCheck™ trademark is used with the permission of the U.S. Department of Homeland Security.

- Global Entry® may also include TSA PreCheck™ benefits when departing U.S airports. Travelers must include their Global Entry® PASS ID # (located on the back of the Global Entry® card) into travel reservations to activate their TSA PreCheck™ benefit.

- The Card Program (and applicable Card) must be open and in Good Standing at the time of statement credit fulfillment.

- Visa and Truist reserve the right to modify or cancel this benefit/offer at any time and without notice.

### 17(b) Amazon Business credit.

- The Amazon Business credit can only be earned based on Amazon Business Transactions made under the Card Program using a Truist Preferred One Card; "Amazon Business Transactions" are generally determined using the Amazon Merchant Descriptor and Merchant Identification Number to identify those Qualifying Purchases made at Amazon.com using a Truist Preferred One Card. However, Truist may use its sole reasonable discretion in determining whether a purchase qualifies toward earning an Amazon Business credit.

G2024091020004

2041

**Exhibit 8**

 **TRUIST**

**Truist Commercial Card Rewards Terms and Conditions**

• If Truist determines that an Amazon Business credit has been earned by the Organization, Truist will apply the Amazon Business credit as a statement credit to the Truist Preferred One Card under the Card Program. The statement credit will be applied only on the Truist Preferred One Card redemption account, aggregated based on the Organization's Amazon Business Transactions.

• Per calendar year, the Organization can earn a $179 statement credit related to the Amazon Business Credit; to receive this credit, the Organization must make at least $100,000 USD (within that calendar year) in Qualifying Purchases across all Truist Preferred One Cards used under the Card Program to make Amazon Business Transactions.

• The Card Program (and applicable Card) must be open and in Good Standing at the time of statement credit fulfillment.

• Please allow 6-8 weeks after the Amazon Business credit has been earned for the statement credit to be posted.

• Visa and Truist reserve the right to modify or cancel this benefit/offer at any time and without notice.

**17(c) Feature Benefit credit.**

• The Organization can earn a maximum total (in aggregate) of $100 in statement credit(s) per calendar year based on eligible Qualifying Purchases made with the Truist Preferred One Card under the Card Program.

• The Organization can earn $20 toward the $100 Feature Benefit credit cap for every $2,000 collectively spent within MCC 4900 (Utility payments including Electric, Gas, Sanitary, and Water) and 7311 (Advertising Services).

• Visa and Truist reserve the right to modify or cancel this benefit/offer at any time and without notice.

NOTE: Questions regarding the Airline Incidental Credit/Travel Experience Credit, Amazon Business credit, or Feature Benefit credit should be referred to the Truist Contact Center at 844-4TRUIST (844.487.8478), 24 hours a day, 7 days a week, for assistance.

## 18. Definitions

**Qualifying Purchase(s)** - refers to purchase Transactions less the following; credit chargebacks, credit losses, delinquency assessments, fees, and charges or other Transactions determined (in Truist's sole reasonable discretion) to be unauthorized. The following items are also expressly not considered by Truist to be Qualifying Purchases: (1) Cash Advances (via ATM or by any other means), (2) Quasi-Cash or Cash-Equivalent items (e.g., wire transfers, cryptocurrency, travelers' checks, money orders, foreign currency, lottery tickets, or gambling chips or wagers), (3) Convenience Checks, (4) Stored Value Cards (e.g., gift cards, prepaid cards, etc.), and (5) the purchase of Rewards incentives.

**Rewards Account(s)** – refers to the account(s) in which either the Organization's Rewards or Cardholder's Rewards are maintained for use in accordance with the Agreement. This is the account that earns the Rewards.

**Rewards Offerings** – refers to the Rewards offers the Incentive Program permits the Organization or Cardholders to redeem for; these may include cash back, merchandise, gift card, travel, event ticket, and other goods and services options.

**Authorized Redeemers** – refers to individuals who are authorized to redeem Rewards associated with the Organization's Rewards Account(s) via calling into the Rewards Service Center. Each Organization may designate up to five (5) total Authorized Redeemers. All Authorized Redeemers must be designated by the Pool Manager. The Pool Manager is responsible for adding and removing Authorized Redeemers from the Rewards Account on the Rewards Website.

**Organization-level Rewards** – Rewards earned through Cardholder use of the Card(s), and that aggregate across the entire Organization's Qualifying Purchases; redeemable only by the Pool Manager or Authorized Redeemer.

**Rewards Pool Manager (or "Pool Manager")** – the Program Administrator who is designated by an Authorized Officer and is authorized to view and redeem Rewards on behalf of the Organization both online and via calling into the Rewards Service Center.

**Cardholder Rewards** – Rewards earned through Cardholder use of the Card(s) on Qualifying Purchases; redeemable only by the Cardholder.

**Rewards Website** – cardrewards.truist.com

**Rewards Service Center** – refers to the call center which the Organization (via the Pool Manager), Authorized Redeemer(s), or a Cardholder may call to make inquiries related to Organization-level Rewards, Cardholder Rewards, or Rewards Offerings, as applicable.

**Event Ticket** – refers to any Rewards Offering type that can be redeemed for experiences as described above within the Event Tickets Rewards Offering section.

**Exhibit 8**
