

Asset Resolution Group
100 Crescent Court
Dallas, Texas 75201

### *Notice of Default, Notice of Imposition of Default Rate and Reservation of Rights*

November 21, 2025

**VIA OVERNIGHT MAIL AND**
**ELECTRONIC MAIL**
**srobles@servelite.com**

Servelite, Inc.
Stormwind, LLC
Dalaran, LLC
Servelite Solutions, LLC
Servelite Communications, Inc.
Sebastian S. Robles
19728 Saurns Road
Houston, Texas 77084-4734

**Re:    *Commercial Credit Facilities in favor of Servelite, Inc., Stormwind, LLC, Dalaran, LLC, Servelite Solutions, LLC, Servelite Communications, Inc. (collectively, the "Borrowers"), and guaranteed by Sebastian S. Robles (collectively with the Borrowers, the "Obligors")***

To the parties addressed:

As you are aware, I am the officer at Truist Bank (the "Bank") currently responsible for the referenced commercial credit facilities and the various documents, instruments and written agreements executed by the Obligors in connection therewith (collectively, as the same may be amended or modified from time to time, the "Financing Documents").

Among the Financing Documents is that certain Business Loan Agreement dated as of September 10, 2024 executed by the Borrowers, as amended by that certain Change in Terms Agreement dated as of September 10, 2025 (collectively, the "Note 9 Loan Agreement") evidencing a $13,000,000 line of credit (the "Line of Credit"). The purpose of this letter is three-fold, as follows:

### *Notice of Specified Default and Certain Events*

Pursuant to the Note 9 Loan Agreement, the Borrowers are obligated to provide certain financial information, specifically including annual unqualified audited financial statements, on both a consolidated and consolidating basis, not later than 120 days after the end of each fiscal year beginning on December 31, 2024, or on or before *April 30, 2025*. The Borrowers have failed to abide by this obligation within such deadline. This failure shall hereinafter be referred to as the "Specified Default" and does not include any other defaults or events of default which may exist under the Financing Documents.

**Exhibit 15**

Servelite, Inc.
Stormwind, LLC
Dalaran, LLC
Servelite Solutions, LLC
Servelite Communications, Inc.
Sebastian S. Robles
November 21, 2025
Page 2

The parties addressed are hereby notified that the Specified Default has occurred, among other defaults that may exist under the Financing Documents. As a consequence of the Specified Default, the Bank is immediately entitled to assert and enforce all of its rights and remedies under the Financing Documents and applicable law with respect to the Obligors.

In addition, Sebastian S. Robles has executed and delivered (i) an Assignment of Life Insurance Policy as Collateral dated as of September 10, 2024 pertaining to Massachusetts Mutual Life Insurance Company Co. Whole Life Insurance Policy No. ▮▮▮▮ in the amount of $7,546,591.00 and (ii) an Assignment of Life Insurance Policy as Collateral dated as of September 10, 2024 pertaining to Massachusetts Mutual Life Insurance Company Co. Whole Life Insurance Policy No. ▮▮▮▮ in the amount of $10,841,602, both on the life of Sebastian S. Robles (the "Assignments of Life Insurance as Collateral").

Both of the Assignments of Life Insurance as Collateral were purportedly acknowledged by Massachusetts Mutual Life Insurance Company Co. ("MassMutual") on September 17, 2024, bearing the signature of one Dennis Cohan, as "President of Cohan Insurance Group on behalf of Mass Mutual Insurance Company." The Bank has attempted to contact Mr. Cohan by telephone and electronic mail but has been unsuccessful in reaching Mr. Cohan.

In the exercise of ordinary due diligence, the undersigned contacted MassMutual in an effort to verify the existence of the Assignments of Life Insurance Policy as Collateral as well as the underlying policies purportedly issued by MassMutual. **MassMutual was not able to verify the existence of either.**

**The Bank hereby demands an immediate written explanation of the foregoing circumstances, which in the absence of its delivery has and will obligate the Bank to comply with its regulatory obligations, including those pertaining to potential financial crimes and potential fraudulent conduct.** The Bank notes further that the Line of Credit matures on its own terms December 10, 2025. Until (i) the Specified Default is cured, and (ii) more importantly, until a satisfactory written explanation is received satisfactory to the Bank in all respects, the Line of Credit will not be extended or renewed.

### *Notice of Imposition of Default Rate*

Following the occurrence of the Specified Default, and in reliance on the "cross-default" provisions of the Financing Documents, the Bank hereby notifies the Obligors that it is imposing the Default Rate under all of the Financing Documents, which affects all of the obligations owed thereunder. The Default Rate on such obligations is fifteen percent (15%) per annum.

### *Reservation of Rights*

Notwithstanding the Specified Default recited above, the Bank has elected not to accelerate and demand full payment of all of the Obligors' other obligations under the Financing Documents at this time in order to allow the Obligors to provide the written explanation demanded above.

Exhibit 15

Servelite, Inc.
Stormwind, LLC
Dalaran, LLC
Servelite Solutions, LLC
Servelite Communications, Inc.
Sebastian S. Robles
November 21, 2025
Page 3

The Bank expressly reserves all of its continuing rights and remedies under the Financing Documents and applicable law against the Obligors as a result of the occurrence and continuation of the Specified Default and the events described above.

The Specified Default described herein, and the disturbing events in connection with the purported Assignments of Life Insurance as Collateral are based upon information currently available to the Bank as of the date hereof and should not be deemed to preclude the existence of other defaults under the Financing Documents.

Furthermore, the Bank's past, present or future failure to exercise available rights and remedies notwithstanding the existence of a default is not intended to, and shall not (a) operate as a waiver of rights and remedies available to the Bank pursuant to the Financing Documents and applicable law, or (b) indicate an agreement on the Bank's part to forbear from exercising its rights and remedies.  Please note that all payments made under the Financing Documents before and after the date of this letter will be accepted by the Bank, but such acceptance does not "cure" the Specified Default referenced above or any other defaults which may exist with respect to the Financing Documents, and shall not constitute an accord and satisfaction in connection therewith.

If you wish to discuss this matter further, or seek clarification of any of the foregoing, please reach out to the undersigned immediately.  If you have retained counsel, please have counsel immediately contact the Bank's outside attorney, Nick Schandlbauer, at the email address below.

Sincerely,

**Carlos Melendez** Digitally signed by Carlos Melendez
Date: 2025.11.21 10:03:46 -06'00'

Carlos Melendez
Senior Vice President

cc (via electronic mail):

Nikolaus F. Schandlbauer, Esquire (nick.schandlbauer@arlaw.com)
Dennis Cohan (Dennis.Cohan@cohaninsurance.com)

Exhibit 15

Exhibit 15



ORIGIN ID:TMAA          (470) 427-3700
NICK SCHANDLBAUER, ESQ.
ADAMS AND REESE LLP
3455 PEACHTREE ROAD NE
SUITE 1750
ATLANTA, GA 30326
UNITED STATES US

TO  SEBASTIAN ROBLES
SERVELITE, INC. AND AFFILIATES
19728 SAURNS ROAD

HOUSTON TX 77084
(470) 427-3710
INV:
PO:

REF: 999-032712 (SERVELITE)

DEPT:

SHIP DATE: 21NOV25
ACTWGT: 1.00 LB
CAD: 110838658/INET4535

BILL SENDER

TRK# 8862 7347 0690
0201

XG NQIA

MON - 24 NOV 10:30A
PRIORITY OVERNIGHT

TX-US  IAH
77084

FedEx
Express

E

J254025092401uv

58HJ4/D239/59F2

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.