

Asset Resolution Group
100 Crescent Court
Dallas, Texas 75201

*Notice of Additional Obligations in Default*
*and Reservation of Rights*

December 1, 2025

**VIA ELECTRONIC MAIL**
**srobles@servelite.com**; **seafish@gmail.com**

Sebastian S. Robles
2JZGTE LLC
19728 Saurns Road
Houston, Texas 77084-4734

**Re:**  *Commercial Credit Facilities in favor of Servelite, Inc., Stormwind, LLC, Dalaran, LLC, Servelite Solutions, LLC, Servelite Communications, Inc. (collectively, the "Borrowers"), and guaranteed by Sebastian S. Robles (collectively with the Borrowers, the "Obligors")*

*Various Truist Bank Private Wealth Management Credit Facilities in favor of Sebastian S. Robles (collectively, the "PW Loans")*

To the parties addressed:

As you are aware, I am the officer at Truist Bank (the "Bank") currently responsible for the referenced credit facilities and the various documents, instruments and written agreements executed by the Obligors in connection therewith (collectively, as the same may be amended or modified from time to time, the "Financing Documents").

By letter dated November 21, 2025, I provided the Obligors with notice of the Specified Default, as that term was defined in that letter. As a consequence of the Specified Default, the Bank is immediately entitled to assert and enforce all of its rights and remedies under the Financing Documents and applicable law with respect to the Obligors.

The purpose of this letter is to advise the parties addressed that I am also the officer at the Bank currently responsible for certain loans facilitated by Truist Bank's Private Wealth Management group, namely, the PW Loans. The PW Loans are collaterally secured by (among other things) a security interest in Securities Account No. ███████ maintained at the Bank as Securities Intermediary and owned by 2JZGTE LLC, a Wyoming Limited Liability Company.

Pursuant to my earlier letter to the Obligors, the Bank notified the Obligors that it was enforcing the Default Rate under all of the Financing Documents. The Bank has since exercised its rights to impose an administrative freeze on all amounts on deposit at the Bank in the name of the Obligors with a view toward setting off such accounts against the obligations of the Obligors under the Financing Documents.

Exhibit 17

Sebastian S. Robles
2JZGTE LLC
December 1, 2025
Page 2

Pursuant to the "cross-default" provisions of the documents, instruments and written agreements evidencing the PW Loans (collectively, the "PW Documents"), the Bank intends forthwith to exercise rights and remedies in connection with the PW Documents as well. So that there is no misunderstanding, the Bank will issue no further advances under the PW Documents..

**The Bank reiterates its demand for an immediate written explanation of the circumstances described in my November 21, 2025 letter to the Obligors, and remains obligated to comply with its regulatory obligations, including those pertaining to potential financial crimes and potential fraudulent conduct.**

*Reservation of Rights*

In addition, the Bank repeats the reservation of its continuing rights and remedies under the Financing Documents and applicable law against the Obligors as a result of the occurrence and continuation of the Specified Default and the events described in my prior correspondence. The Bank's reference to such matters is based upon information currently available to the Bank as of the date hereof and should not be deemed to preclude the existence of other defaults under either the Financing Documents or the PW Documents (collectively, the "Loan Documents").

Furthermore, the Bank's past, present or future failure to exercise available rights and remedies notwithstanding the existence of a default is not intended to, and shall not (a) operate as a waiver of rights and remedies available to the Bank pursuant to the Loan Documents and applicable law, or (b) indicate an agreement on the Bank's part to forbear from exercising its rights and remedies. Please note that all payments made under the Loan Documents before and after the date of this letter will be accepted by the Bank, but such acceptance does not "cure" the Specified Default or any other defaults which may exist with respect to the Loan Documents, and shall not constitute an accord and satisfaction in connection therewith.

The Bank acknowledges receipt of an electronic mail message to its outside counsel on Saturday, November 29 at 7:46 p.m. CST, to which the foregoing reservation of rights specifically applies.

The Bank is hopeful that your retention of counsel is the first step on the way to resolution of all of these matters, and looks forward to the continuation of such communications.

Sincerely,

Carlos Melendez

Digitally signed by Carlos Melendez
Date: 2025.12.01 15:33:01 -06'00'

Carlos Melendez
Senior Vice President

cc (via electronic mail):

Amar Sood, Esquire (amarsood@hotmail.com)
Michael J. Durrschmidt, Esquire (mdurrschmidt@dykema.com)
Nikolaus F. Schandlbauer, Esquire (nick.schandlbauer@arlaw.com)
Dennis Cohan (Dennis.Cohan@cohaninsurance.com)

Exhibit 17